BOSKO PETRICEVIC          8443
P.O. Box 38
Honolulu, Hawaii 96810
Telephone:  (402) 301-3716
E-mail:       boskopetricevic@hotmail.com

PRO-SE PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK SHIN; RICHARD WILSON; LAW OFFICE OF RICHARD E. WILSON; JOHN DWYER; TERRANCE REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation,<br><br>Defendants. | CIVIL NO. CV 20-00283 JAO-WRP<br><br>**PLAINTIFF'S INITIAL DISCLOSURES; CERTIFICATE OF SERVICE**<br><br>Judge: Honorable Jill A. Otake<br><br>Trial date: December 6, 2021, 9:00 AM |

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff hereby makes the following disclosures, required by Federal Rule of

Civil Procedure 26(a)(1).

## INTRODUCTORY STATEMENT

The following disclosures are made based on the information reasonably

available to Plaintiff as of October 29, 2020. By making these disclosures, Plaintiff does

not represent that he is identifying every document, tangible thing, or witness possibly

relevant to this lawsuit. Moreover, Plaintiff' disclosures herein are made without

waiving (1) the right to object on the grounds of competency, privilege, relevancy,

hearsay, or any other proper ground, or the right to object to the use of any information disclosed herein for any purpose, in whole or in part, in any subsequent proceeding in this action or in any other action; and (2) the right to object on any and all proper grounds to any discovery request or proceeding involving or relating to the subject matter of these disclosures, consistent with the Federal Rules of Civil Procedure. Plaintiff makes these disclosures with the expectation that an appropriate protective order where needed, or some other limitation on the production of documents identified herein, will be agreed upon by the parties and entered by the Court, if necessary, and at an appropriate time. Discovery, fact investigation, and trial preparation are ongoing, and Plaintiff reserves the right to supplement or amend these Initial Disclosures in light of further discovery, fact investigation, and trial preparation.

## I. PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION

Based on the information currently available, Plaintiff identifies the following individuals who are likely to have discoverable information that Plaintiff may use to support his claims and defenses in this action. Plaintiff reserves the right to name other witnesses revealed through further investigation, discovery or trial preparation. Plaintiff further reserve the right to identify additional witnesses who may have been inadvertently omitted or who become necessary by the addition of any new parties or claims in this case. Plaintiff further reserves the right to call any witness identified by another party. Plaintiff has not yet retained or identified his expert witnesses but

reserves the right to do so. In making these disclosures, Plaintiff does not waive his right to object, pursuant to any applicable Federal Rule of Civil Procedure, to the deposition or trial testimony of any of the individuals listed below. Plaintiff discloses the names and addresses, where known, of the following individuals who may have possible non-privileged information that Plaintiff may use to support his claims/defenses, unless solely for impeachment:

> 1. Bosko Petricevic
> P.O. Box 38 Honolulu,
> HI 96810
> 402-301-3716
>
> Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.
>
> 2. Terrance Revere
> c/o Law Offices of Richard E. Wilson, LLC
> 735 Bishop St., Suite 306
> Honolulu, Hawaii 96813
> 808-545-1311
>
> Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.
>
> 3. Representative of Revere & Associates, LLLC
> c/o Law Offices of Richard E. Wilson, LLC
> 735 Bishop St., Suite 306
> Honolulu, Hawaii 96813
> 808-545-1311
>
> Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.
>
> 4. Richard Wilson
> c/o Revere & Associates, LLLC
> 970 N. Kalaheo Ave., #A301
> Kailua, Hawaii 96734

808-791-9550

Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.

5. Representative of Law Office of Richard Wilson
c/o Revere & Associates, LLLC
970 N. Kalaheo Ave., #A301
Kailua, Hawaii 96734
808-791-9550

Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.

6. Partners, Owners, Representatives, Clients and all of the Employees of Clay Chapman Iwamura Pulice & Nervell, including but not limited to:
 Gerald Clay, Esq.;
 Bradley Pulice, Esq.;
 Carlos Perez Mesa, Esq.;
 Jane Sugimura, Esq.;
 Anders Nervell, Esq.;
 Diane Sherman;
 Scott Batterman, Esq.;
 Robert Chapman, Esq.;
 Steven Iwamura, Esq.; and
 Lynn Stobie.

Clay Chapman Iwamura Pulice & Nervell
700 Bishop St., #2100
Honolulu, HI 96813
808-535-8400

All of the above listed will testify as to the facts and circumstances giving rise to this action, and any other relevant matters, the authenticity of records and things, and any other relevant matters.

7. Patrick Shin
Marr Jones & Wang, LLLP
Pauahi Tower
1003 Bishop St., #1500 \
Honolulu, HI 96813
808-536-4900

- 4 -

Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.

8. Owners, Representatives, Clients and all of the Employees of Nan, Inc. including but not limited to:

Patrick Shin;
Wyeth Matsubara;
Carol Nelson; and
Nick Flores

Marr Jones & Wang, LLLP
Pauahi Tower
1003 Bishop St., #1500
Honolulu, HI 96813
808-536-4900

All of the above listed will testify as to the facts and circumstances giving rise to this action, and any other relevant matters, the authenticity of records and things, and any other relevant matters.

9. Jack Dwyer
Case Lombardi & Pettit
737 Bishop St., #2600 Honolulu, HI 96813
808-547-5400

Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.

10. Trevor Tamashiro
DeVries & Associates, PC
1164 Bishop St., Ste. 1555
Honolulu, HI 96813
(808) 339-3200

Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.

11. Any witnesses (including expert witnesses) listed by any other party.

May be called to testify, if relevant, as to the facts and circumstances giving rise to this action, and any other relevant matters.

12. Any expert witnesses retained by Plaintiff subsequent to the filing of these initial disclosures.

May be called to testify, if relevant, as to the facts and circumstances giving rise to this action, and any other relevant matters.

## II. DOCUMENTS AND THINGS TO SUPPORT CONTENTIONS

Based on the information currently available, Plaintiff discloses the following categories of documents, electronically stored information, and tangible things in his possession, custody or control that Plaintiff may use to support his claims, unless solely for impeachment. This disclosure does not include expert material that may be or have been developed (which shall be disclosed pursuant to Fed.R.Civ.P. 26(a)(2)). This disclosure does not constitute an admission as to the relevance or admissibility of the identified materials or a waiver of any attorney client privilege, work product protection, or other applicable protection or immunity:

1. Pleadings, transcripts and records on file in the lawsuit titled Bosko Petricevic v. Patrick Shin, et al., Civil No. 1:20-cv-00283 JAO-WRP.

2. Emails and voice recording of Defendants communicating to Partners, Owners, Representatives, Clients and all of the Employees of Clay Chapman Iwamura Pulice & Nervell.

Plaintiff reserves the right to amend, supplement, clarify or modify these disclosures to the extent warranted by further investigation and discovery. Plaintiff also reserves the right to object to production of any document, electronically stored information, or tangible thing, including but not limited to objections on the grounds of attorney-client privilege, the work-product doctrine or relevancy. Plaintiff will make the documents or other evidentiary materials available for inspection and copying, as provided under Fed. R. Civ. P. Rule 34, at a mutually convenient time for the parties, unless such documents are privileged or protected from disclosure.

## III. COMPUTATION OF DAMAGES

Plaintiff's claimed damages are as follows:

1. Special, economic, consequential and general damages to Plaintiffs from ALL Defendants, jointly and severally (depending on a cause of action proven at trial), currently estimated to be above 1,000,000.00 dollars. Plaintiff reserves the right to amend this amount upon further discovery and consultation with the expert witnesses, including the economic expert.

2. Punitive damages –1,000,000.00 dollars. Plaintiff reserves the right to amend this amount upon further discovery.

3. Attorneys' Fees and costs incurred by Plaintiff in pursuing this action pursuant to the applicable law;

4.  Such other and further relief as this Court deems just and proper.

## IV. INSURANCE AGREEMENT

Plaintiff is not aware that he is a party to any insurance agreements under which an

insurance business is liable to satisfy all or part of a judgment that may be entered in the

above action or to indemnify or reimburse for payments made to satisfy any such

judgment.

## V. RESERVATION

Plaintiff reserves the right to amend or supplement the initial disclosures submitted herein.

DATED:  Honolulu, Hawaii; October 29, 2020.


/S/ *BOSKO PETRICEVIC*
BOSKO PETRICEVIC
PRO-SE PLAINTIFF

- 8 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC,<br><br>          Plaintiff,<br><br>     vs.<br><br>PATRICK SHIN; RICHARD WILSON; LAW OFFICE OF RICHARD E. WILSON; JOHN DWYER; TERRANCE REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation,<br><br>          Defendants. | CIVIL NO. CV 20-00283 JAO-WRP<br><br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **PLAINTIFF'S INITIAL DISCLOSURES** in the above-entitled action was duly served electronically through the Hawaii Judiciary CM/ECF and also via email, on October 29, 2020, on the following counsel of record and/or parties:

    1.    Terrance Revere

          Revere & Associates LLLC
          Pali Palms Plaza
          970 North Kalaheo Ave., Suite A301
          Kailua, HI 96734
          808-791-9550
          terry@revereandassociates.com

                    ATTORNEY FOR DEFENDANTS
                    Richard Wilson
                    Law Office of Richard E. Wilson

- 9 -

2.    LAW OFFICES OF RICHARD E. WILSON, LLC
RICHARD E. WILSON
5614 735 Bishop St., Suite 306
Honolulu, Hawaii 96813
Tel. No. (808) 545-1311
rewilson_law@yahoo.com

ATTORNEY FOR DEFENDANTS
Terrance Revere
Revere & Associates LLLC

3.    Richard M. Rand
Marr Jones & Wang LLP
Pauahi Twr.
1003 Bishop St
Ste. 1500
Honolulu, HI 96813
(808) 536-4900
rrand@marrjones.com

ATTORNEYS FOR DEFENDANTS
Patrick Shin
NAN INC., a domestic profit corporation,

DATED: Honolulu, Hawaii; October 29, 2020.

/S/ *BOSKO PETRICEVIC*
BOSKO PETRICEVIC
PRO-SE PLAINTIFF

- 10 -