IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC, | CIVIL NO. CV 20-00283 JAO-WRP |
| Plaintiff, | **DECLARATION OF TED H.S. HONG** |
| vs. | |
| PATRICK SHIN; RICHARD WILSON; LAW OFFICE OF RICHARD E. WILSON; JOHN DWYER; TERRANCE REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation, | |
| Defendants. | |

DECLARATION OF TED H.S HONG

TED H.S. HONG declares as follows:

1.     I am a licensed attorney in State of Hawaii and I have my own law firm in Hilo, Hawaii.

2.     I have reviewed the Complaint in the above-entitled matter, and make this Declaration upon personal knowledge, and would be competent to testify to the matters set forth herein.

3.     I represent Bosko Petricevic in his State of Hawaii lawsuit, *Petricevic,v. Bronster*, et al., Civil No. 1CCV-20-0000019 LWC.

4.     Stefan Reinke and William Meheula (also listed by Mr. Wilson and Mr. Revere as witnesses in their initial disclosures) represent Defendants in the

State of Hawaii lawsuit, Petricevic,v. Bronster, et al., Civil No. 1CCV-20-0000019 LWC where I represent Mr. Petricevic. It is my understanding that they have no personal knowledge regarding any of the facts or issues in the above captioned matter.

5. I have no personal knowledge whatsoever regarding Bosko Petricevic's employment with Nan, Inc. or any of the disputes he has with Nan, Inc. and Patrick Shin.

6. I have no personal knowledge whatsoever regarding Bosko Petricevic's employment with Clay Chapman Iwamura Pulice & Nervell or any of the disputes he has with Clay Chapman Iwamura Pulice & Nervell and/or any of its employees or partners.

7. I have no personal knowledge whatsoever regarding any of Bosko Petricevic's disputes he has with Richard Wilson and/or Terry Revere.

8. Only knowledge that I might have was gained from my communication with Bosko Petricevic during my representation of him which are clearly covered by the attorney-client privilege

9. I have truly no idea why Mr. Wilson and/or Terry Revere has listed me, Stefan Reinke or William Meheula as a potential witness in the above captioned matter.

10.    It is my professional position that Mr. Wilson and Mr. Revere are attempting to engage in abusive discovery practices against my client Mr. Petricevic.

I declare under penalty of law that the foregoing is true and correct. Executed in Honolulu, Hawaii on October 30, 2020.

TED H.S. HONG