IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK SHIN; RICHARD WILSON;<br>LAW OFFICE OF RICHARD E.<br>WILSON; JOHN DWYER;<br>TERRANCE REVERE; REVERE &<br>ASSOCIATES LLLC; NAN INC., a<br>domestic profit corporation,<br><br>    Defendants. | CIVIL NO. CV 20-00283 JAO-WRP<br><br>**DECLARATION OF BRANDEE J.K. FARIA** |

DECLARATION OF BRANDEE J.K. FARIA

BRANDEE FARIA declares as follows:

1.      I am a licensed attorney in State of Hawaii and I practice law in Honolulu, Hawaii.

2.      Bosko Petricevic ("Petricevic") was my tenant from May 2015 until August 2020.

3.      Petricevic systematically paid his rent on time and was a good tenant.

4.      I have no personal knowledge regarding Bosko Petricevic's employment with Nan, Inc., his employment with Clay Chapman Iwamura Pulice & Nervell, nor of any of the disputes he has with Nan, Inc., Patrick Shin, Clay

Chapman Iwamura Pulice & Nervell, Richard Wilson, and/or Terry Revere, nor any of the employees or partners of these individuals or firms.

5.     If called to testify, this would be the extent of the testimony I could offer regarding Petricevic and his disputes with those identified above.

I declare under penalty of law that the foregoing is true and correct. Executed in Honolulu, Hawaii on October 30, 2020.


/s/ Brandee Faria
BRANDEE FARIA