Case 1:20-cv-00283-JAO-WRP   Document 53   Filed 10/21/20   Page 1 of 11   PageID #: 714
Case 1:20-cv-00283-LEK-WRP   Document 59-4   Filed 11/02/20   Page 1 of 11
PageID.792

REVERE & ASSOCIATES, LLLC
TERRANCE M. REVERE          5857
PAUL V.K. SMITH             5891
Pali Palms Plaza
970 N. Kalaheo Ave., Suite A301
Kailua, Hawaii 96734
Tel. No. (808) 791-9550
Facsimile No. (808) 791-9551
*terry@revereandassociates.com*
*paul@revereandassociates.com*

Attorneys for Defendants
RICHARD WILSON; LAW OFFICE OF
RICHARD WILSON

Of Counsel:
LAW OFFICES OF RICHARD E. WILSON, LLC
RICHARD E. WILSON          5614
735 Bishop St., Suite 306
Honolulu, Hawaii 96813
Tel. No. (808) 545-1311
Facsimile No. (808) 545-1388
*rewilson_law@yahoo.com*

Attorney for Defendants
TERRANCE REVERE;
REVERE & ASSOCIATES, LLLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK SHIN; RICHARD WILSON; LAW OFFICE OF RICHARD E. WILSON; JOHN DWYER; TERRANCE | CIVIL NO. 1:20-cv-00283 JAO-WRP<br><br>DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE AND REVERE & ASSOCIATES, LLLC'S INITIAL DISCLOSURES; CERTIFICATE OF SERVICE |

Case 1:20-cv-00283-JAO-WRP   Document 53   Filed 10/21/20   Page 2 of 11   PageID #: 715
Case 1:20-cv-00283-LEK-WRP   Document 59-4   Filed 11/02/20   Page 2 of 11
PageID.793

| REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation, | TRIAL Date: Not set Judge: Hon. Jill A. Otake |
|---|---|
| Defendants. | |

## DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE AND REVERE & ASSOCIATES, LLLC'S INITIAL DISCLOSURES

Defendants RICHARD WILSON and LAW OFFICE OF RICHARD WILSON, by and through their attorneys, Revere & Associates, LLLC, and Defendants TERRANCE REVERE and REVERE & ASSOCIATES, LLLC (collectively, "Defendants"), by and through their attorneys the Law Offices of Richard E. Wilson, LLC, hereby make the following disclosures, required by Federal Rule of Civil Procedure 26(a)(1).

## INTRODUCTORY STATEMENT

The following disclosures are made based on the information reasonably available to Defendants as of October 20, 2020. By making these disclosures, Defendants do not represent that they are identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Moreover, Defendants' disclosures herein are made without waiving (1) the right to object on the grounds of competency, privilege, relevancy, hearsay, or any other proper ground, or the right to object to the use of any information disclosed herein for any purpose, in whole or in part, in any subsequent proceeding in this action or in any other action; and

2

Case 1:20-cv-00283-JAO-WRP   Document 53   Filed 10/21/20   Page 3 of 11    PageID #: 716
Case 1:20-cv-00283-LEK-WRP      Document 59-4     Filed 11/02/20     Page 3 of 11
PageID.794

(2) the right to object on any and all proper grounds to any discovery request or proceeding involving or relating to the subject matter of these disclosures, consistent with the Federal Rules of Civil Procedure. Defendants make these disclosures with the expectation that an appropriate protective order where needed, or some other limitation on the production of documents identified herein, will be agreed upon by the parties and entered by the Court, if necessary, and at an appropriate time. Discovery, fact investigation, and trial preparation are ongoing, and Defendants reserve the right to supplement or amend these Initial Disclosures in light of further discovery, fact investigation, and trial preparation.

I.      **PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION**

Based on the information currently available, Defendants identify the following individuals who are likely to have discoverable information that Defendants may use to support their claims and defenses in this action. Defendants reserve the right to name other witnesses revealed through further investigation, discovery or trial preparation.  Defendants further reserve the right to identify additional witnesses who may have been inadvertently omitted or who become necessary by the addition of any new parties or claims in this case. Defendants further reserve the right to call any witness identified by another party. Defendants have not identified its expert witnesses but reserve the right to do so. In making these disclosures, Defendants do not waive their right to object, pursuant to any applicable Federal Rule of Civil Procedure, to the deposition or trial testimony of

Case 1:20-cv-00283-JAO-WRP   Document 53   Filed 10/21/20   Page 4 of 11     PageID #: 717
Case 1:20-cv-00283-LEK-WRP     Document 59-4     Filed 11/02/20     Page 4 of 11
PageID.795

any of the individuals listed below. Defendants disclose the names and addresses, where known, of the following individuals who may have possible non-privileged information that Defendants may use to support their claims/defenses, unless solely for impeachment:

|   | Witness | Testimony |
|---|---------|-----------|
| 1. | Bosko Petricevic<br>P.O. Box 38<br>Honolulu, HI  96810 | Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 2. | Terrance Revere<br>c/o Law Offices of Richard E. Wilson, LLC<br>735 Bishop St., Suite 306<br>Honolulu, Hawaii 96813<br>808-545-1311 | Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 3. | Representative of Revere & Associates, LLLC<br>c/o Law Offices of Richard E. Wilson, LLC<br>735 Bishop St., Suite 306<br>Honolulu, Hawaii 96813<br>808-545-1311 | Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 4. | Richard Wilson<br>c/o Revere & Associates, LLLC<br>970 N. Kalaheo Ave., #A301<br>Kailua, Hawaii 96734<br>808-791-9550 | Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |

Case 1:20-cv-00283-JAO-WRP   Document 53   Filed 10/21/20   Page 5 of 11   PageID #: 718
Case 1:20-cv-00283-LEK-WRP      Document 59-4     Filed 11/02/20     Page 5 of 11
PageID.796

|  | **Witness** | **Testimony** |
|---|---|---|
| 5. | Representative of Law Office of Richard Wilson c/o Revere & Associates, LLLC 970 N. Kalaheo Ave., #A301 Kailua, Hawaii 96734 808-791-9550 | Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 6. | Representatives, Clients and Employees of Clay Chapman Iwamura Pulice & Nervell Gerald Clay, Esq. Bradley Pulice, Esq. Carlos Perez Mesa, Esq. Jane Sugimura, Esq. Anders Nervell, Esq. Diane Sherman Scott Batterman, Esq. Robert Chapman, Esq. 700 Bishop St., #2100 Honolulu, HI  96813 808-535-8400 | May be called to testify as to the facts and circumstances giving rise to this action, the authenticity of records and things, and any other relevant matters. |
| 7. | Patrick Shin Marr Jones & Wang, LLLP Pauahi Tower 1003 Bishop St., #1500 Honolulu, HI  96813 808-536-4900 | Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 8. | Representative of Nan, Inc. Marr Jones & Wang, LLLP Pauahi Tower 1003 Bishop St., #1500 Honolulu, HI  96813 808-536-4900 | Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |

Case 1:20-cv-00283-JAO-WRP   Document 53   Filed 10/21/20   Page 6 of 11   PageID #: 719
Case 1:20-cv-00283-LEK-WRP   Document 59-4   Filed 11/02/20   Page 6 of 11
PageID.797

|     | **Witness** | **Testimony** |
| --- | --- | --- |
| 9. | Representative of the Property Rights Law Group 500 Ala Moana Blvd., #400 7 Waterfront Plaza Honolulu, HI  96813 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 10. | Representative of the Estate and Law Office of Gary Galiher Address unknown | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 11. | Jack Dwyer Case Lombardi & Pettit 737 Bishop St., #2600 Honolulu, HI 96813 808-547-5400 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 12. | Margery Bronster Bronster Fujichaku Robbins Pauahi Tower 1003 Bishop St., #2300 Honolulu, HI 96813 808-524-5644 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 13. | Anthony TJ Quan The QK Group 733 Bishop St., #2525 Honolulu, HI 96813 808-358-7345 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 14. | David Schulmeister, Esq. Cades Schutte LLP 1000 Bishop St., 12th Floor Honolulu, HI 96813 808-521-9392 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |

Case 1:20-cv-00283-JAO-WRP  Document 53  Filed 10/21/20  Page 7 of 11  PageID #: 720
Case 1:20-cv-00283-LEK-WRP  Document 59-4  Filed 11/02/20  Page 7 of 11
PageID.798

|      | **Witness** | **Testimony** |
|------|-------------|---------------|
| 15. | Michael J. Green, Esq.<br>Michael Jay Green & Associates<br>841 Bishop St., #2201<br>Honolulu, HI 96813<br>808-521-3336 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 16. | Representative of CrossFit Hawaii<br>883 Mission Lane<br>Honolulu, HI 96813<br>808-256-5665 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 17. | Representative of the Pacific Club<br>1451 Queen Emma St.<br>Honolulu, HI 96813<br>808-536-0836 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 18. | Psychiatric expert, to be named | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 19. | Mark D. Stitham, M.D.<br>334 Ilimalia Loop<br>Kailua, HI 96734<br>808-254-3838 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 20. | Representatives and employees of the Department of the Attorney General, State of Hawaii<br>425 Queen Street<br>Honolulu, HI 96813<br>808-586-1500 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 21. | Megan Kau, Esq.<br>820 Mililani St., #701<br>Honolulu, HI 96813<br>808-864-8896 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |

Case 1:20-cv-00283-JAO-WRP   Document 53   Filed 10/21/20   Page 8 of 11   PageID #: 721
Case 1:20-cv-00283-LEK-WRP       Document 59-4    Filed 11/02/20    Page 8 of 11
PageID.799

|  | **Witness** | **Testimony** |
|---|---|---|
| 22. | Brandee Faria, Esq.<br>Perkin & Faria, LLLC<br>841 Bishop St., #505<br>Honolulu, HI 96813<br>808-523-2300 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 23. | Vladimir Sasic<br>Address unknown | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 24. | Plaintiff's girlfriend<br>Name and address unknown | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 25. | Joseph Rosenbaum, Esq.<br>Fujiwara & Rosenbaum, LLLC<br>Alakea Corporate Tower<br>1100 Alakea St., 20th Floor, #B<br>Honolulu, HI 96813<br>808-203-5436 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 26. | Ted H.S. Hong, Esq.<br>P.O. Box 4217<br>Hilo, HI 96720<br>808-933-1919 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 27. | William K. Meheula, Esq.<br>Sullivan Meheula Lee, LLLP<br>733 Bishop St., #2900<br>Honolulu, HI 96813<br>808-628-7535 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 28. | Stefan M. Reinke, Esq.<br>Lyons Brandt Cook & Hiramatsu<br>841 Bishop St., #1800<br>Honolulu, HI 96813<br>808-524-7030 | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |

Case 1:20-cv-00283-JAO-WRP   Document 53   Filed 10/21/20   Page 9 of 11   PageID #: 722
Case 1:20-cv-00283-LEK-WRP      Document 59-4    Filed 11/02/20    Page 9 of 11
PageID.800

| | Witness | Testimony |
|---|---|---|
| 29. | Any witnesses identified in any and all State Court actions involving Plaintiff | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |
| 30. | Any witnesses listed by any other party | May be called to testify as to the facts and circumstances giving rise to this action, and any other relevant matters. |

## II.  DOCUMENTS AND THINGS TO SUPPORT CONTENTIONS

Based on the information currently available, Defendants disclose the following categories of documents, electronically stored information, and tangible things in their possession, custody or control that Defendants may use to support their claims, unless solely for impeachment. This disclosure does not include expert material that may be or have been developed (which shall be disclosed pursuant to Fed.R.Civ.P. 26(a)(2)). This disclosure does not constitute an admission as to the relevance or admissibility of the identified materials or a waiver of any attorney-client privilege, work product protection, or other applicable protection or immunity:

1.   Pleadings, transcripts and records on file in the lawsuit titled *Bosko Petricevic v. Patrick Shin, et al.*, Civil No. 1:20-cv-00283 JAO-WRP.

Defendants reserve the right to amend, supplement, clarify or modify these disclosures to the extent warranted by further investigation and discovery. Defendants also reserve the right to object to production of any document,

9

Case 1:20-cv-00283-JAO-WRP   Document 53   Filed 10/21/20   Page 10 of 11   PageID #:
Case 1:20-cv-00283-LEK-WRP   Document 59-4   Filed 11/02/20   Page 10 of 11
PageID.801

electronically stored information, or tangible thing, including but not limited to objections on the grounds of attorney-client privilege or the work-product doctrine. Defendants will make the documents or other evidentiary materials available for inspection and copying, as provided under Fed. R. Civ. P. Rule 34, at a mutually convenient time for the parties, unless such documents are privileged or protected from disclosure.

2.      Documents in various State Court proceedings in which Plaintiff is either a party or the subject of a motion to disqualify.

## III.   <u>COMPUTATION OF DAMAGES</u>

Plaintiff's claimed damages are not yet known, but Plaintiff has indicated he wants nuisance value aka "the cost of defense" from Revere &Wilson.  Defendants are seeking to recover their attorneys' fees and costs from Plaintiff.

## IV.   <u>INSURANCE AGREEMENT</u>

Defendants are not aware that they are a party to any insurance agreements under which an insurance business is liable to satisfy all or part of a judgment that may be entered in the above action or to indemnify or reimburse for payments made to satisfy any such judgment.

///

Case 1:20-cv-00283-JAO-WRP   Document 53   Filed 10/21/20   Page 11 of 11   PageID #:
Case 1:20-cv-00283-LEK-WRP      Document 59-4     Filed 11/02/20     Page 11 of 11
PageID.802

## V.   **RESERVATION**

Defendants reserve the right to amend or supplement the initial disclosures submitted herein.

DATED:  Kailua, Hawaii, October 21, 2020.

/s/ Terrance M. Revere
TERRANCE M. REVERE
PAUL V.K. SMITH
Attorneys for Defendants
RICHARD WILSON; LAW OFFICE
OF RICHARD WILSON

/s/ Richard E Wilson
RICHARD E. WILSON
Attorney for Defendants
TERRANCE REVERE; REVERE &
ASSOCIATES, LLLC

11