Case 1:20-cv-00283-LEK-WRP    Document 59-5    Filed 11/02/20    Page 1 of 1
PageID.803

Meet and Confer re Motion to Stay Discovery

**Bosko Petricevic** <boskopetricevic@hotmail.com>
Mon 10/19/2020 10:42 AM

To: Terry Revere <terry@revereandassociates.com>; Richard Wilson <rewilson_law@yahoo.com>; Richard Rand <RRand@marrjones.com>; Bosko Petricevic <boskopetricevic@hotmail.com>

Hi,

I would like to schedule a meet and confer before I file my Motion to Stay Discovery.

Here are the following issues I would like to discuss for the purpose of this motion. Perhaps we can agree on some of these issues so that motion will not be necessary. I am willing to discuss these in good faith.

1. I propose holding no depositions or doing any discovery before November 30, 2020. Three reasons for this:

First, Second Amended Complaint will not be filed until November 13, 2020.

Second, right after I file Second Amended Complaint, motion to amend the Second Complaint and file Third Amended Complaint will be filed. This will revise certain allegations and add new          allegations re Mr. Wilson. I am guessing you will want to see those before deposing anyone, including Mr. Rosenbaum.

Third, I am asking for courtesy delay not to schedule any depositions until November 30, 2020 so that I can dedicate all my attention to the birth of my child. It will be a risky pregnancy and I would like my attention completely there.

2 . Second thing I want to discuss is delaying all depositions of anyone related to Nan, Inc and Defendant Shin until after mediation is completed in February of 2020. This will be consistent with Judge Ashford's ruling.

3. Third, I propose delaying any deposition from anyone from Clay Chapman until settlement agreement is signed and executed which should happen by November 13, 2020.

4. Delay Plaintiff's deposition until after February 2021 mediation. I will not be available until then anyways.

5. Discuss other discovery other than depositions. I propose to delay this as well until after mediation of February 2021.

6. Discuss if you are planning to file any 12 (b) (6) motions and the timing of them in light of what I said above under section 1 above re my intention to file 3rd Amended Complaint.

7. Last thing I would like to discuss is willingness of Defendants Wilson and Revere to ask the Judge Porter for an early settlement conference between Plaintiff and Defendants Revere and Wilson. Reason for this is simple. You will certainly spend some amount of time and money on defending these claims. I am willing to accept settlement in this range. I believe this should be seriously considered. It is simply practical and logical once emotions are put aside.

Please respond back to me by this Friday, October 23, 2020 and tell me when are you available for this meet and confer conference. I am available this Friday - October 23 - anytime. I could be also available sometimes next week. Please propose dates and times for next week or other alternative dates.

We should resolve the above before any depos are scheduled or discovery requested.

My understanding is that we need to actually talk about this and simple email response will not be sufficient for the purpose of satisfying the meet and confer.

Thank you,
Bosko Petricevic

Exhibit 1