## Meet and Confer Agenda

Terry Revere <terry@revereandassociates.com>
Mon 10/19/2020 10:52 AM

**To:** Richard Rand <RRand@marrjones.com>; Richard Wilson <rewilson_law@yahoo.com>; Mark Batis <mark@revereandassociates.com>; Bosko Petricevic <boskopetricevic@hotmail.com>; Darci Ernce <main@revereandassociates.com>; jtr@frlawhi.com <jtr@frlawhi.com>

Bosko:

I spoke with Mr. Rand and Mr. Wilson and we are ready to meet and confer again anytime before 1:30 PM today or after 1:00 tomorrow. I am copying Mr. Rosenbaum on this so his schedule may be considered for his deposition. He is welcome to participate in the discussion.

We propose the following agenda:

1. Production of settlement related materials from Clay Chapman.

2. The deposition of Mr. Rosenbaum. Based upon the discussion at the conference with the Court, I understand you now have no issue with this so we only need to talk about timing.

3. The filing of the amended complaint, and your request for a stay on discovery. We suggest that you file the amended complaint on or before October 31. In exchange we will agree to hold off on any discovery before then.

4. The timing of your deposition (I suggest we do this in late November or early December).

5. Anything you want to add. Please email any additions in advance as discussed with the Court so we can keep on track.

Again as suggested by the Court, if we can't agree on these matters, we suggest doing letter briefs.

Please let us know when you would like to meet today or tomorrow.

Thanks,

Terry

Exhibit 2