Case 1:20-cv-00283-LEK-WRP     Document 59-7     Filed 11/02/20     Page 1 of 1
PageID.805

## Re: Meet and Confer re Motion to Stay Discovery

**Bosko Petricevic** <boskopetricevic@hotmail.com>
Mon 10/19/2020 1:21 PM

To: Terry Revere <terry@revereandassociates.com>; Richard WIlson <rewilson_law@yahoo.com>
Cc: Richard Rand <rrand@marrjones.com>; jtr@frlawhi.com <jtr@frlawhi.com>

Hi,

As I stated below in my email (please see below) I am available for meet and confer this Friday, October 23, 2020...anytime.

I am not available prior to Friday due to other obligations and commitments.

I have received your email regarding your proposals which I will be ready to discuss this Friday, October 23.

As far as involving Mr. Rosenbaum, that is way too premature at this point as per my proposals in the below email. So, Joe, I will let you know when you need to get involved.

Please let me know what is a good time on Friday.

Thank you,
Bosko

---

**From:** Richard WIlson <rewilson_law@yahoo.com>
**Sent:** Monday, October 19, 2020 12:28 PM
**To:** Bosko Petricevic <boskopetricevic@hotmail.com>; Terry Revere <terry@revereandassociates.com>
**Cc:** Richard Rand <rrand@marrjones.com>
**Subject:** Re: Meet and Confer re Motion to Stay Discovery

Bosko -- Let's get this show on the road.  When are you available to meet and confer?

Rich


Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE:  The information contained in this email and any attachments may be privileged, confidential and protected from disclosure.  Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.


On Monday, October 19, 2020, 10:54:57 AM HST, Terry Revere <terry@revereandassociates.com> wrote:


Bosko:

Our emails crossed, Please let us know when you can meet today before 1:30 or tomorrow after 1 PM.

Thanks,

Terry

On Mon, Oct 19, 2020 at 10:42 AM Bosko Petricevic <boskopetricevic@hotmail.com> wrote:     *Exhibit 3*
    Hi,