Case 1:20-cv-00283-LEK-WRP   Document 59-9   Filed 11/02/20   Page 1 of 1
PageID.807

Re: Meet and Confer re Motion to Stay Discovery

Bosko Petricevic <boskopetricevic@hotmail.com>
Tue 10/20/2020 10:14 AM

To: Terry revere <terry@revereandassociates.com>; Richard WIlson <rewilson_law@yahoo.com>
Cc: Richard Rand <rrand@marrjones.com>; jtr@frlawhi.com <jtr@frlawhi.com>; Darci Ernce <main@revereandassociates.com>; Mark Batis <mark@revereandassociates.com>; Bosko Petricevic <boskopetricevic@hotmail.com>

Mr. Rand,

Can you please set a teleconference for Friday 23, 2020 at 9:30 for the purpose of meet and confer re my Motion to Stay Discovery?

Mr. Wilson has just confirmed his availability. You and Mr. Revere have previously confirmed.

Thank you,
Bosko Petricevic

---

**From:** Richard WIlson <rewilson_law@yahoo.com>
**Sent:** Tuesday, October 20, 2020 10:10 AM
**To:** Terry revere <terry@revereandassociates.com>; Bosko Petricevic <boskopetricevic@hotmail.com>
**Cc:** Richard Rand <rrand@marrjones.com>; jtr@frlawhi.com <jtr@frlawhi.com>; Darci Ernce <main@revereandassociates.com>; Mark Batis <mark@revereandassociates.com>
**Subject:** Re: Meet and Confer re Motion to Stay Discovery

I'm available.


Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE: The information contained in this email and any attachments may be privileged, confidential and protected from disclosure. Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.


On Tuesday, October 20, 2020, 10:05:59 AM HST, Bosko Petricevic <boskopetricevic@hotmail.com> wrote:


Hi All,

To briefly summarize, yesterday, October 19, 2020 at 10:42 am, I have notified you by email of my intention to file a formal Motion to Stay Discovery.

As part of this email, I have requested to meet and confer before filing this motion as rules require. In this email, I have also provided you with a detailed list of issues I wanted to discuss. This included my proposal about delaying all depos until November 30, 2020, including Mr. Rosenbaum's deposition.

I have also provided the date that I am available to meet and confer, which was this Friday, October 23, 2020.

Mr. Revere and Mr. Rand answered that they are available on this date, as long as it's after 9:30 am. Mr. Wilson is yet to respond if he is available at this time.

I subsequently agreed to this time and stated that I am available to meet and confer Friday, October 23, 2020, after 9:30 am as proposed by Mr. Revere and Mr. Rand.

Literally, the next day, October 20, 2020, both Mr. Revere and Mr. Wilson went ahead and unilaterally scheduled a deposition of Mr. Rosenbaum for November 5, 2020 despite following 2 facts:

1. This issue was supposed to be discussed at meet and confer on Friday, October 23, 2020; and
2. Mr. Rosenbaum has already notified you prior that he is not available until November 19, 2020.

Further, today, October 20, 2020, Mr. Wilson has also served request for documents to the Plaintiff even though this was also supposed to be discussed at meet and confer as well.

Gentlemen, this is simply bad faith and in complete disregard for meet and confer. These unilateral actions are in direct contradiction of the spirit of the meet and confer.

Please notify me if you are still willing to meet and confer this Friday, October 23, 2020 at 9:30 am?

Exhibit 5