## RE: Meet and Confer re Motion to Stay Discovery

## Richard Rand <RRand@marrjones.com>

Tue 10/20/2020 10:23 AM

**To:** Bosko Petricevic <boskopetricevic@hotmail.com>; Terry revere <terry@revereandassociates.com>; Richard WIlson <rewilson_law@yahoo.com>
**Cc:** jtr@frlawhi.com <jtr@frlawhi.com>; Darci Ernce <main@revereandassociates.com>; Mark Batis <mark@revereandassociates.com>

I will circulate a dial in, the number will be the same there may be a difference passcode.

*COVID19 NOTICE: Marr Jones & Wang cares about the health of our clients, employees, vendors and other visitors, while continuing to service the needs of our clients and business partners. The CDC recently issued a global outbreak notice (Level 2). Therefore, the Firm is endeavoring to reschedule meetings, or, for those meetings that cannot be rescheduled, to hold them telephonically or remotely. If you have an in-person meeting scheduled at the Firm and have traveled outside of Oahu in the last 14 days, please inform the individual at MJW with whom you are scheduled to meet. In addition, if you are experiencing common symptoms of COVID19 (as examples, fever, tiredness, or dry cough), please do not come to the office and we will of course work with you to communicate electronically or by telephone. Thank you very much for your cooperation.*
*Richard M. Rand, Esq.*
*Marr Jones & Wang*
*A Limited Liability Law Partnership*
*Pauahi Tower*
*1003 Bishop Street, Suite 1500*
*Honolulu, Hawaii 96813*
*Telephone: (808) 536-4900*
*Facsimile: (808) 536-6700*
*Email: rrand@marrjones.com*

Notice: This e-mail is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or otherwise protected by law. If you are not the addressee or the intended recipient, any review, use, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (808) 536-4900 or by reply e-mail and delete this e-mail message and any attachments from your work station and/or network mail system.

If you are a client or work for a client of Marr Jones & Wang LLLP, or have consulted with the law firm for potential representation, this e-mail is protected by the attorney-client privilege and the work product doctrine. This e-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this e-mail to others within the company, as the privilege may be lost. Copies of this e-mail should not be kept in your regular files. If you print a copy of this e-mail, place it in a separate file labeled "Attorney-Client Privilege." DO NOT PRODUCE A COPY OF THIS E-MAIL IN DISCOVERY. Unless we have an established attorney-client relationship, this e-mail shall not create an attorney-client relationship between our firm and the recipient.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Bosko Petricevic [mailto:boskopetricevic@hotmail.com]
**Sent:** Tuesday, October 20, 2020 10:14 AM
**To:** Terry revere <terry@revereandassociates.com>; Richard WIlson <rewilson_law@yahoo.com>
**Cc:** Richard Rand <RRand@marrjones.com>; jtr@frlawhi.com; Darci Ernce <main@revereandassociates.com>; Mark Batis <mark@revereandassociates.com>; Bosko Petricevic <boskopetricevic@hotmail.com>
**Subject:** Re: Meet and Confer re Motion to Stay Discovery

Mr. Rand,

Can you please set a teleconference for Friday 23, 2020 at 9:30 for the purpose of meet and confer re my Motion to Stay Discovery?

Mr. Wilson has just confirmed his availability. You and Mr. Revere have previously confirmed.

Thank you,
Bosko Petricevic

---

**From:** Richard WIlson <rewilson_law@yahoo.com>
**Sent:** Tuesday, October 20, 2020 10:10 AM
**To:** Terry revere <terry@revereandassociates.com>; Bosko Petricevic <boskopetricevic@hotmail.com>
**Cc:** Richard Rand <rrand@marrjones.com>; jtr@frlawhi.com <jtr@frlawhi.com>; Darci Ernce <main@revereandassociates.com>; Mark Batis <mark@revereandassociates.com>
**Subject:** Re: Meet and Confer re Motion to Stay Discovery

I'm available.

Exhibit 6