Case 1:20-cv-00283-LEK-WRP    Document 59-12    Filed 11/02/20    Page 1 of 2
PageID.810

## BOSKO PETRICEVIC: Defendants' First Request for Production of Documents

**Mark Batis** <mark@revereandassociates.com>

Tue 10/20/2020 7:44 AM

**To:** Bosko Petricevic <boskopetricevic@hotmail.com>; Richard Rand <rrand@marrjones.com>; amiyashita@marrjones.com <amiyashita@marrjones.com>

**Cc:** Terry Revere <terry@revereandassociates.com>; Richard Wilson <rewilson_law@yahoo.com>; Darci Ernce <main@revereandassociates.com>

📎 1 attachments (132 KB)

BOSKO 20.10.20 RFP1 to PLT.pdf;

Attached, please find DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE AND REVERE & ASSOCIATES, LLLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF BOSKO PETRICEVIC. Hard copies to follow by mail.

Regards,

**Mark Batis | Paralegal**

808.791.9546



**CONFIDENTIALITY:** The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.

Exhibit 8-1

Activity in Case 1:20-cv-00283-JAO-WRP Petricevic v. Shin et al Certificate of Service

hid_resp@hid.uscourts.gov <hid_resp@hid.uscourts.gov>
Tue 10/20/2020 7:39 AM
To: hawaii_cmecf@hid.uscourts.gov <hawaii_cmecf@hid.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Hawaii

**Notice of Electronic Filing**

The following transaction was entered by Revere, Terrance on 10/20/2020 at 7:39 AM HST and filed on 10/20/2020

| | |
|---|---|
| **Case Name:** | Petricevic v. Shin et al |
| **Case Number:** | 1:20-cv-00283-JAO-WRP |
| **Filer:** | Law Office of Richard E. Wilson |
| | Terrance Revere |
| | Revere & Associates LLLC |
| | Richard Wilson |

**Document Number:** 50

**Docket Text:**
**CERTIFICATE OF SERVICE by Law Office of Richard E. Wilson, Terrance Revere, Revere & Associates LLLC, Richard Wilson *DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE AND REVERE & ASSOCIATES, LLLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF BOSKO PETRICEVIC* (Revere, Terrance)**

**1:20-cv-00283-JAO-WRP Notice has been electronically mailed to:**

Andrea Lux Miyashita     amiyashita@marrjones.com, bchang@marrjones.com, MHJW_Efiling@marrjones.com

Bosko Petricevic     boskopetricevic@hotmail.com

Paul V. Smith     pvsmith@mail2world.com

*Exhibit 8 - 2*