## RE: BOSKO PETRICEVIC: Deposition Notice

**Joseph T. Rosenbaum** <jtr@frlawhi.com>

Tue 10/20/2020 10:05 AM

**To:** 'Mark Batis' <mark@revereandassociates.com>

**Cc:** 'Bosko Petricevic' <boskopetricevic@hotmail.com>; 'Richard Rand' <rrand@marrjones.com>; amiyashita@marrjones.com <amiyashita@marrjones.com>; 'Terry Revere' <terry@revereandassociates.com>; 'Richard Wilson' <rewilson_law@yahoo.com>; 'Darci Ernce' <main@revereandassociates.com>

That will work.

Joe

*Joseph T. Rosenbaum*

*Attorney/Partner*
*Fujiwara and Rosenbaum, LLLC*
*1100 Alakea Street, Floor 20 Suite B*
*Honolulu, HI 96813*
*Phone No. 808-203-5436*

NOTICE: The information contained in this email is confidential and may also be attorney-client privileged. This information is intended only for use by the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email, and delete this email, any attachments and all copies.

**From:** Mark Batis <mark@revereandassociates.com>
**Sent:** Tuesday, October 20, 2020 10:04 AM
**To:** Joseph T. Rosenbaum <jtr@frlawhi.com>
**Cc:** Bosko Petricevic <boskopetricevic@hotmail.com>; Richard Rand <rrand@marrjones.com>; amiyashita@marrjones.com; Terry Revere <terry@revereandassociates.com>; Richard Wilson <rewilson_law@yahoo.com>; Darci Ernce <main@revereandassociates.com>
**Subject:** Re: BOSKO PETRICEVIC: Deposition Notice

How about 9:30 am on November 13?

Regards,

**Mark Batis | Paralegal**
808.791.9546



**CONFIDENTIALITY**: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.

On Tue, Oct 20, 2020 at 10:03 AM Joseph T. Rosenbaum <jtr@frlawhi.com> wrote:

I have depos that have been noticed for the 5th and 6th. How about the 13th?
Joe

*Joseph T. Rosenbaum*

*Attorney/Partner*
*Fujiwara and Rosenbaum, LLLC*
*1100 Alakea Street, Floor 20 Suite B*
*Honolulu, HI 96813*
*Phone No. 808-203-5436*

NOTICE: The information contained in this email is confidential and may also be attorney-client privileged. This information is intended only for use by the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email, and delete this email, any attachments and all copies.

Exhibit 11

**From:** Mark Batis <mark@revereandassociates.com>
**Sent:** Tuesday, October 20, 2020 10:01 AM