Case 1:20-cv-00283-LEK-WRP    Document 59-16    Filed 11/02/20    Page 1 of 1
PageID.818

## Re: BOSKO PETRICEVIC: Deposition Notice

**Bosko Petricevic** <boskopetricevic@hotmail.com>
Tue 10/20/2020 10:06 AM

**To:** Joseph T. Rosenbaum <jtr@frlawhi.com>; 'Mark Batis' <mark@revereandassociates.com>
**Cc:** 'Richard Rand' <rrand@marrjones.com>; amiyashita@marrjones.com <amiyashita@marrjones.com>; 'Terry Revere' <terry@revereandassociates.com>; 'Richard Wilson' <rewilson_law@yahoo.com>; 'Darci Ernce' <main@revereandassociates.com>

I am not available.

How about November 30th, 2020?

Thank you,
Bosko

---

**From:** Joseph T. Rosenbaum <jtr@frlawhi.com>
**Sent:** Tuesday, October 20, 2020 10:05 AM
**To:** 'Mark Batis' <mark@revereandassociates.com>
**Cc:** 'Bosko Petricevic' <boskopetricevic@hotmail.com>; 'Richard Rand' <rrand@marrjones.com>; amiyashita@marrjones.com <amiyashita@marrjones.com>; 'Terry Revere' <terry@revereandassociates.com>; 'Richard Wilson' <rewilson_law@yahoo.com>; 'Darci Ernce' <main@revereandassociates.com>
**Subject:** RE: BOSKO PETRICEVIC: Deposition Notice

That will work.
Joe

*Joseph T. Rosenbaum*
*Attorney/Partner*
*Fujiwara and Rosenbaum, LLLC*
*1100 Alakea Street, Floor 20 Suite B*
*Honolulu, HI 96813*
*Phone No. 808-203-5436*
NOTICE: The information contained in this email is confidential and may also be attorney-client privileged. This information is intended only for use by the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email, and delete this email, any attachments and all copies.

**From:** Mark Batis <mark@revereandassociates.com>
**Sent:** Tuesday, October 20, 2020 10:04 AM
**To:** Joseph T. Rosenbaum <jtr@frlawhi.com>
**Cc:** Bosko Petricevic <boskopetricevic@hotmail.com>; Richard Rand <rrand@marrjones.com>; amiyashita@marrjones.com; Terry Revere <terry@revereandassociates.com>; Richard Wilson <rewilson_law@yahoo.com>; Darci Ernce <main@revereandassociates.com>
**Subject:** Re: BOSKO PETRICEVIC: Deposition Notice

How about 9:30 am on November 13?

Regards,

**Mark Batis | Paralegal**
808.791.9546

Exhibit 12