Case 1:20-cv-00283-LEK-WRP    Document 59-20    Filed 11/02/20    Page 1 of 6
PageID.822

## Re: BOSKO PETRICEVIC: Deposition Notice

**Mark Batis** <mark@revereandassociates.com>

Tue 10/20/2020 10:46 AM

**To:** Joseph T. Rosenbaum <jtr@frlawhi.com>; Bosko Petricevic <boskopetricevic@hotmail.com>; Richard Rand <rrand@marrjones.com>; amiyashita@marrjones.com <amiyashita@marrjones.com>

**Cc:** Terry Revere <terry@revereandassociates.com>; Richard Wilson <rewilson_law@yahoo.com>; Darci Ernce <main@revereandassociates.com>

📎 1 attachments (441 KB)
BOSKO 20.10.20 1st Amended Odepo notice Joseph Rosenbaum.pdf;

Attached, please find the first amended deposition notice.

Regards,

**Mark Batis | Paralegal**
808.791.9546



**CONFIDENTIALITY:** The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.

On Tue, Oct 20, 2020 at 9:46 AM Mark Batis <mark@revereandassociates.com> wrote:
Attached is a courtesy of DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE and REVERE & ASSOCIATES, LLLC's NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION.

Regards,

**Mark Batis | Paralegal**
808.791.9546



**CONFIDENTIALITY:** The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.

Exhibit 16 - 1

| REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation,<br><br>Defendants. | ORAL EXAMINATION; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>[Joseph Rosenbaum, November 13, 2020, 9:30 a.m.]<br><br>TRIAL<br>Date:     Not set<br>Judge:    Hon. Jill A. Otake |
|---|---|

**DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE AND REVERE & ASSOCIATES, LLLC'S FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION**

TO:      BOSKO PETRICEVIC, ESQ.
           P.O. Box 38
           Honolulu, HI  96810
               Plaintiff Pro Se

           JOSEPH THOMAS ROSENBAUM, ESQ.
           Fujiwara & Rosenbaum, LLLC
           1100 Alakea St., 20th Floor
           Honolulu, HI  96813
               Deponent

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the following deposition upon oral examination will be taken on behalf of Defendants RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE and REVERE & ASSOCIATES, LLLC ("DEFENDANTS") viz Zoom video conference on the date and time noted below:

2

Exhibit 16 -2

| Name and Address | Date and Time |
|---|---|
| Joseph Thomas Rosenbaum<br>Fujiwara & Rosenbaum, LLLC<br>1100 Alakea St., 20th Floor<br>Honolulu, HI 96813 | November 13, 2020 at 9:30 a.m. |

SAID DEPOSITION shall be upon oral examination before a Certified Shorthand Reporter from Ralph Rosenberg Court Reporters, 1001 Bishop Street, Suite 2460, Honolulu, Hawaii 96813; Tel. No. 808-524-2090, who is duly authorized by law to administer oaths pursuant to Rule 30 of the Federal Rules of Civil Procedure, and shall continue from day to day, weekend and holidays except, until completed. The deposition will be recorded stenographically and may be videotaped by Certified Legal Video Services, 1111 Bishop Street, Suite 500, Honolulu, Hawaii 96813, Tel. No. 808-550-2587.

Pursuant to Rule 30(b)(8) of the Federal Rules of Civil Procedure, witness is hereby notified that he may request a review of the completed transcript or recording of the deposition. Witness must make this request before the completion of his deposition. If he makes such a request, after being notified by the court reporter or other officer taking the deposition that the transcript or recording is available, witness will have 30 days to (1) review the transcript or recording; and (2) if there are changes in form or substance, to sign a statement reciting such changes and reasons for making them.

///

3

Exhibit 16-3

You are invited to attend and cross-examine the witness.

DATED: Kailua, Hawaii, October 20, 2020.

/s/ Terrance M. Revere
TERRANCE M. REVERE
PAUL V.K. SMITH
Attorneys for Defendants
RICHARD WILSON; LAW OFFICE
OF RICHARD WILSON

/s/ Richard E Wilson
RICHARD E. WILSON
Attorney for Defendants
TERRANCE REVERE; REVERE &
ASSOCIATES, LLLC

4

Exhibit 16-4

HID 88A  (Rev. 02/11) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Hawaii

| | | |
|---|---|---|
| BOSKO PETRICEVIC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:20-cv-00283 JAO-WRP |
| PATRICK SHIN, ET AL. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  JOSEPH THOMAS ROSENBAUM, ESQ.
Fujiwara & Rosenbaum, LLLC, 1100 Alakea St., 20th Floor, Honolulu, HI  96813

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Revere & Associates, LLLC via Zoom video conference | Date and Time: 11/13/2020 9:30 am |
|---|---|

The deposition will be recorded by this method:  _Zoom by Certified Legal Video Service_

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  ____10/20/2020____

*CLERK OF COURT*

OR

| | /s/ Terrance M. Revere |
|---|---|
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Richard Wilson, Law Office of Richard Wilson, Terrance Revere, Revere & Associates, LLLLC   , who issues or requests this subpoena, are:
Terrance M. Revere (5857), Revere & Associates, LLLC, 970 N. Kalaheo Ave., #A301, Kailua, HI  96734, 808-791-9550
Richard Wilson (5614), Law Offices of Richard E. Wilson, 735 Bishop St., Suite 306, Honolulu, HI, 808-545-1311

**EXHIBIT A**

Exhibit 16-5

Activity in Case 1:20-cv-00283-JAO-WRP Petricevic v. Shin et al Certificate of Service

hid_resp@hid.uscourts.gov <hid_resp@hid.uscourts.gov>

Tue 10/20/2020 10:19 AM

To: hawaii_cmecf@hid.uscourts.gov <hawaii_cmecf@hid.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Hawaii

### Notice of Electronic Filing

The following transaction was entered by Revere, Terrance on 10/20/2020 at 10:18 AM HST and filed on 10/20/2020

| | |
|---|---|
| **Case Name:** | Petricevic v. Shin et al |
| **Case Number:** | 1:20-cv-00283-JAO-WRP |
| **Filer:** | Law Office of Richard E. Wilson |
| | Terrance Revere |
| | Revere & Associates LLLC |
| | Richard Wilson |

**Document Number:** 52

**Docket Text:**
**CERTIFICATE OF SERVICE by Law Office of Richard E. Wilson, Terrance Revere, Revere & Associates LLLC, Richard Wilson re [51] Certificate of Service, *DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE AND REVERE & ASSOCIATES, LLLC'S FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION RE JOSEPH ROSENBAUM; EXHIBIT "A"* (Revere, Terrance)**

**1:20-cv-00283-JAO-WRP Notice has been electronically mailed to:**

Andrea Lux Miyashita     amiyashita@marrjones.com, bchang@marrjones.com, MHJW_Efiling@marrjones.com

Bosko Petricevic     boskopetricevic@hotmail.com

Paul V. Smith     pvsmith@mail2world.com

*Exhibit 16-6*