## Re: Meet and Confer re Motion to Stay Discovery

**Terry Revere** <terry@revereandassociates.com>

Tue 10/20/2020 11:09 AM

**To:** Bosko Petricevic <boskopetricevic@hotmail.com>
**Cc:** Richard Rand <RRand@marrjones.com>; Richard WIlson <rewilson_law@yahoo.com>; Darci Ernce <main@revereandassociates.com>; Mark Batis <mark@revereandassociates.com>; jtr@frlawhi.com <jtr@frlawhi.com>

Also, Joe, would you want to do your deposition at noon today and just get it over with?

On Tue, Oct 20, 2020 at 11:06 AM Terry Revere <terry@revereandassociates.com> wrote:
> Do you have somewhere else to be in 24 minutes?
>
> On Tue, Oct 20, 2020 at 11:04 AM Bosko Petricevic <boskopetricevic@hotmail.com> wrote:
>> Dear Mr. Rand,
>>
>> Meet and confer was already agreed upon and scheduled for Friday , October 23, 2020 at 9:30 am as per the previous emails.
>>
>> I am not sure what exactly are you doing with this another unilateral scheduling event.
>>
>> Please send the phone conference info as per the original agreement.
>>
>> I am not available today.
>>
>> Bosko
>>
>> ---
>>
>> **From:** Richard Rand <RRand@marrjones.com>
>> **Sent:** Tuesday, October 20, 2020 11:00 AM
>> **To:** Richard WIlson <rewilson_law@yahoo.com>; Bosko Petricevic <boskopetricevic@hotmail.com>; Terry Revere <terry@revereandassociates.com>
>> **Cc:** Darci Ernce <main@revereandassociates.com>; Mark Batis <mark@revereandassociates.com>
>> **Subject:** RE: Meet and Confer re Motion to Stay Discovery
>>
>> Invite sent
>>
>> *COVID19 NOTICE: Marr Jones & Wang cares about the health of our clients, employees, vendors and other visitors, while continuing to service the needs of our clients and business partners. The CDC recently issued a global outbreak notice (Level 2). Therefore, the Firm is endeavoring to reschedule meetings, or, for those meetings that cannot be rescheduled, to hold them telephonically or remotely. If you have an in-person meeting scheduled at the Firm and have traveled outside of Oahu in the last 14 days, please inform the individual at MJW with whom you are scheduled to meet. In addition, if you are experiencing common symptoms of COVID19 (as examples, fever, tiredness, or dry cough), please do not come to the office and we will of course work with you to communicate electronically or by telephone. Thank you very much for your cooperation.*
>> *Richard M. Rand, Esq.*
>> *Marr Jones & Wang*
>> *A Limited Liability Law Partnership*
>> *Pauahi Tower*

Exhibit 17