## RE: Meet and Confer re Motion to Stay Discovery

### Joseph T. Rosenbaum <jtr@frlawhi.com>

Tue 10/20/2020 11:33 AM

**To:** 'Terry Revere' <terry@revereandassociates.com>; 'Bosko Petricevic' <boskopetricevic@hotmail.com>
**Cc:** 'Richard Rand' <RRand@marrjones.com>; 'Richard WIlson' <rewilson_law@yahoo.com>; 'Darci Ernce' <main@revereandassociates.com>; 'Mark Batis' <mark@revereandassociates.com>

I'm in the middle of an EEOC mediation right now. Multitasking in between the mediator meeting with our side.
Joe

## *Joseph T. Rosenbaum*

*Attorney/Partner*
*Fujiwara and Rosenbaum, LLLC*
*1100 Alakea Street, Floor 20 Suite B*
*Honolulu, HI 96813*
*Phone No. 808-203-5436*

NOTICE: The information contained in this email is confidential and may also be attorney-client privileged. This information is intended only for use by the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email, and delete this email, any attachments and all copies.

**From:** Terry Revere <terry@revereandassociates.com>
**Sent:** Tuesday, October 20, 2020 11:09 AM
**To:** Bosko Petricevic <boskopetricevic@hotmail.com>
**Cc:** Richard Rand <RRand@marrjones.com>; Richard WIlson <rewilson_law@yahoo.com>; Darci Ernce <main@revereandassociates.com>; Mark Batis <mark@revereandassociates.com>; jtr@frlawhi.com
**Subject:** Re: Meet and Confer re Motion to Stay Discovery

Also, Joe, would you want to do your deposition at noon today and just get it over with?

On Tue, Oct 20, 2020 at 11:06 AM Terry Revere <terry@revereandassociates.com> wrote:

> Do you have somewhere else to be in 24 minutes?
>
> On Tue, Oct 20, 2020 at 11:04 AM Bosko Petricevic <boskopetricevic@hotmail.com> wrote:
>
>> Dear Mr. Rand,
>>
>> Meet and confer was already agreed upon and scheduled for Friday , October 23, 2020 at 9:30 am as per the previous emails.
>>
>> I am not sure what exactly are you doing with this another unilateral scheduling event.
>>
>> Please send the phone conference info as per the original agreement.
>>
>> I am not available today.

*Exhibit 18*