## Activity in Case 1:20-cv-00283-JAO-WRP Petricevic v. Shin et al Certificate of Service

hid_resp@hid.uscourts.gov <hid_resp@hid.uscourts.gov>

Wed 10/21/2020 11:14 AM

To: hawaii_cmecf@hid.uscourts.gov <hawaii_cmecf@hid.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Hawaii

### Notice of Electronic Filing

The following transaction was entered by Revere, Terrance on 10/21/2020 at 11:14 AM HST and filed on 10/21/2020

| | |
|---|---|
| **Case Name:** | Petricevic v. Shin et al |
| **Case Number:** | 1:20-cv-00283-JAO-WRP |
| **Filer:** | Law Office of Richard E. Wilson |
| | Terrance Revere |
| | Revere & Associates LLLC |
| | Richard Wilson |

**Document Number:** 54

**Docket Text:**
**CERTIFICATE OF SERVICE by Law Office of Richard E. Wilson, Terrance Revere, Revere & Associates LLLC, Richard Wilson** *DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE AND REVERE & ASSOCIATES, LLLC'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION RE BOSKO PETRICEVIC* **(Revere, Terrance)**

**1:20-cv-00283-JAO-WRP Notice has been electronically mailed to:**

Andrea Lux Miyashita     amiyashita@marrjones.com, bchang@marrjones.com, MHJW_Efiling@marrjones.com

Bosko Petricevic     boskopetricevic@hotmail.com

Paul V. Smith     pvsmith@mail2world.com

*Exhibit 19-1*

REVERE & ASSOCIATES, LLLC
TERRANCE M. REVERE          5857
PAUL V.K. SMITH             5891
Pali Palms Plaza
970 N. Kalaheo Ave., Suite A301
Kailua, Hawaii 96734
Tel. No. (808) 791-9550
Facsimile No. (808) 791-9551
*terry@revereandassociates.com*
*paul@revereandassociates.com*

Attorneys for Defendants
RICHARD WILSON; LAW OFFICE OF
RICHARD WILSON

Of Counsel:
LAW OFFICES OF RICHARD E. WILSON, LLC
RICHARD E. WILSON           5614
735 Bishop St., Suite 306
Honolulu, Hawaii 96813
Tel. No. (808) 545-1311
Facsimile No. (808) 545-1388
*rewilson_law@yahoo.com*

Attorney for Defendants
TERRANCE REVERE;
REVERE & ASSOCIATES, LLLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC, | CIVIL NO. 1:20-cv-00283 JAO-WRP |
| Plaintiff, | DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE AND REVERE & ASSOCIATES, LLLC'S NOTICE OF TAKING DEPOSITION UPON ORAL |
| vs. | |
| PATRICK SHIN; RICHARD WILSON; LAW OFFICE OF RICHARD E. WILSON; JOHN DWYER; TERRANCE | |

*Exhibit 19-2*

| | |
|---|---|
| REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation,<br><br>Defendants. | EXAMINATION; CERTIFICATE OF SERVICE<br><br>[Bosko Petricevic, December 1, 2020, 9:00 a.m.]<br><br><u>TRIAL</u><br>Date:    Not set<br>Judge:   Hon. Jill A. Otake |

**DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE AND REVERE & ASSOCIATES, LLLC'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION**

TO:     BOSKO PETRICEVIC, ESQ.
           P.O. Box 38
           Honolulu, HI 96810
             Plaintiff Pro Se

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the following deposition upon oral examination will be taken on behalf of Defendants RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE and REVERE & ASSOCIATES, LLLC ("DEFENDANTS") via Zoom video conference on the date and time noted below:

| Name and Address | Date and Time |
|---|---|
| Bosko Petricevic<br>P.O. Box 38<br>Honolulu, HI 96810 | December 1, 2020 at 9:00 a.m. |

SAID DEPOSITION shall be upon oral examination before a Certified Shorthand Reporter from Ralph Rosenberg Court Reporters, 1001 Bishop Street, Suite 2460, Honolulu, Hawaii 96813; Tel. No. 808-524-2090, who is duly authorized by law to administer oaths pursuant to Rule 30 of the Federal Rules of Civil

2

*Exhibit 19-3*