## RE: Proposed Agreement

**Anna Elento-Sneed <AES@esandalaw.com>**

Sat 10/24/2020 9:25 AM

To: 'Bosko Petricevic' <boskopetricevic@hotmail.com>

**COMMUNICATION PER RULE 408**

Bosko:

First, I have just been notified (and I'm sure you are already aware) that one of the parties in the Nan case has served a subpoena duces tecum on the Firm. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Anna Elento-Sneed

ES&A, Inc., A Law Corporation
Pauahi Tower, Suite 2750
1003 Bishop Street
Honolulu, Hawaiʻi 96813

P (808) 729.9401
F (808) 729.9425
AES@ESandALaw.com

*Exhibit 22*

NOTICE: The information contained in this email is confidential and may also be attorney-client privileged. This information is intended only for use by the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email, and delete this email, any attachments and all copies.