Case 1:20-cv-00283-LEK-WRP     Document 59-27     Filed 11/02/20     Page 1 of 1
PageID.837

## Subpoena Duces Tecum - Clay Chapman

## Bosko Petricevic <boskopetricevic@hotmail.com>

Tue 10/27/2020 3:36 PM

**To:** Richard Rand <RRand@marrjones.com>; Richard Wilson <rewilson_law@yahoo.com>; Terry Revere <terry@revereandassociates.com>

Gentlemen,

I just heard you served a subpoena duces tecum on Clay Chapman few days ago.

Don't you think it is appropriate for me to get a copy?

I would like a chance to review it and respond to it if necessary.

Thank you,
Bosko

_Exhibit 23_