# Activity in Case 1:20-cv-00283-JAO-WRP Petricevic v. Shin et al Certificate of Service

### hid_resp@hid.uscourts.gov <hid_resp@hid.uscourts.gov>

Tue 10/27/2020 3:47 PM

**To:** hawaii_cmecf@hid.uscourts.gov <hawaii_cmecf@hid.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## District of Hawaii

## Notice of Electronic Filing

The following transaction was entered by Rand, Richard on 10/27/2020 at 3:47 PM HST and filed on 10/27/2020

| | |
|---|---|
| **Case Name:** | Petricevic v. Shin et al |
| **Case Number:** | 1:20-cv-00283-JAO-WRP |
| **Filer:** | Nan, Inc. |
| | Patrick Shin |

**Document Number:** 56

**Docket Text:**
**CERTIFICATE OF SERVICE by Nan, Inc., Patrick Shin *(RE: DEFENDANTS PATRICK SHIN AND NAN INC,'S NOTICE OF SUBPOENA DUCES TECUM [RE CUSTODIAN OF RECORDS FOR CLAY CHAPMAN IWAMURA PULICE & NERVELL])* (Rand, Richard)**

**1:20-cv-00283-JAO-WRP Notice has been electronically mailed to:**

Andrea Lux Miyashita     amiyashita@marrjones.com, bchang@marrjones.com, MHJW_Efiling@marrjones.com

*Exhibit 24*