**Re: Activity in Case 1:20-cv-00283-JAO-WRP Petricevic v. Shin et al Certificate of Service**

Terry revere <terry@revereandassociates.com>

Tue 10/27/2020 8:51 PM

**To:** Bosko Petricevic <boskopetricevic@hotmail.com>
**Cc:** Richard Rand <RRand@marrjones.com>; Richard Wilson <rewilson_law@yahoo.com>

😔 sigh.

Please see response below.

Sent from my iPhone

On Oct 27, 2020, at 7:51 PM, Bosko Petricevic <boskopetricevic@hotmail.com> wrote:

Mr. Revere,

Did Defendants Wilson and Revere issue any subpoena duces tecum to anyone in this matter?

I have agreement with Mr. Rand to email me the documents and that mail was not necessary.

You have not been following the rules.

**What are you talking about?**

You have been engaged in subversion of such rules.

**What rules? How?**

Its ok, I am preparing the appropriate motion.

**Yeah we know. It must be like 20 motions at this point you've promised us. It's amazing that you have so much time to write these emails and write these motions, but no time to let us depose a key witness for an hour.** 😳

Perhaps you can explain to the judge your efforts to schedule depositions on 15 minutes notice over lunch.

**Huh?**

Or maybe you can explain the relevance of Mr. Sasic, Crossfit Hawaii, Ms. Faria and various other witnesses listed on your initial disclosures.

**Do these witnesses make you nervous for some reason? Given your stated aversion for informal discovery, I'm afraid I can't accommodate you at this time. Please provide me with formal discovery requests. After you get your complaint straightened out, please.**

You have refused to provide me with the answer regarding their relevancy. Maybe you can explain to the Judge.

**Sure. I will be happy to explain why I have not responded to non-existent discovery requests from a guy who refuses to participate in any discovery until March.**

Thank you,
Bosko

*Exhibit 25*