IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK SHIN; RICHARD WILSON; LAW OFFICE OF RICHARD E. WILSON; JOHN DWYER; TERRANCE REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation,<br><br>Defendants. | CIVIL NO. CV 20-00283 JAO-WRP<br><br>**DECLARATION OF BOSKO PETRICEVIC** |

DECLARATION OF BOSKO PETRICEVIC

BOSKO PETRICEVIC declares as follows:

1.     I am a licensed attorney in State of Hawaii. I represent myself in the above captioned lawsuit.

2.     I make this Declaration upon personal knowledge, and would be competent to testify to the matters set forth herein.

3.     Before filing this Motion, I have meet and conferred with all the Defendants' representatives (Counsels Wilson, Revere and Rand) on **October 23, 2020 at 9:30 am**.

**4.**     Before this meet and confer conference was held, I sent an email to Counsels Wilson, Revere and Rand on October 19, 2020 at 10:42 AM

listing seven (7) issues I wanted to discuss during this meet and confer, which included the scheduling of Mr. Rosenbaum and Plaintiff's depositions. **See Exhibit 1.**

5.      During the October 23, 2020 meet and confer conference, scheduling of Mr. Rosenbaum's and Plaintiff's depositions were discussed. Parties have NOT reached an agreement <u>on when to schedule the depositions since Defendants have already scheduled them prior to the meet and confer conference</u>.

**6.**      I explained to the Defendants that my first child is due to be born on or after October 28, 2020 (doctor-specified due date) and that I would like to just focus on my first-born child in these tough times (covid pandemic), and that I didn't want to worry about anything else during the baby's first 30-60 days or so. Defendants Wilson and Revere denied this request.

7.      I am expecting the birth of my child any day now. Due date was on October 28, 2020, but the baby has still not come out yet as of the filing of this motion. During these challenging times (covid pandemic), I would like to spend time with my new-born child and the mother, and not have to deal with depositions or answering any discovery requests. First 30-60 days after birth is very crucial and risky, and I would like my attention focused solely on the mother and my child.

I declare under penalty of law that the foregoing is true and correct. Executed in Honolulu, Hawaii on November 3, 2020.

- 2 -

/s/ Bosko Petricevic
BOSKO PETRICEVIC