**Electronically Filed
FIRST CIRCUIT
1CCV-19-0002008
25-SEP-2020
02:22 PM**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| BOSKO PETRICEVIC, | ) | Civil No. 1CCV-19-2008 (JHA) |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JAMES H. ASHFORD |
| vs. | ) | |
| | ) | |
| NAN INC., a domestic profit corporation; | ) | |
| PATRICK SHIN; JOHN DOES 1-10; | ) | MEDIATION ORDER; NOTICE OF |
| JANE DOES 1-10; DOE | ) | ENTRY |
| CORPORATIONS 1-10; DOE | ) | |
| PARTNERSHIPS 1-10; DOE | ) | |
| UNINCORPORATED ORGANIZATIONS | ) | |
| 1-10; and DOE GOVERNMENTAL | ) | |
| AGENCIES 1-10; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| NAN, INC., a domestic profit corporation; | ) | |
| PATRICK SHIN, | ) | |
| | ) | |
| Defendants/Counterclaim Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BOSKO PETRICEVIC, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant. | ) | |
| _____ | ) | |

**<u>MEDIATION ORDER</u>**

WHEREAS, Rule 12.2 of the Rules of the Circuit Courts of the State of Hawaiʻi authorizes the Court to issue an order compelling alternative dispute resolution, which includes mediation;

IT IS HEREBY ORDERED that the parties engage in non-binding mediation of all matters at issue in this action. If the parties do not agree upon a mediator by October 1, 2020, then each party shall submit to the Court a list of up to 3 prospective neutrals that are ranked in order of preference by Thursday, October 1, 2020, at 10:00 a.m.

Unless directed otherwise by the Mediator, all parties are required to have their respective principals with final settlement and decision-making authority present at all times during mediation, as well as all insurance carrier representatives with full settlement authority.

The Mediator's fees, costs, and expenses are to be borne solely by the Defendants, with Nan, Inc. and Patrick Shin to each pay one-half. Plaintiff will pay none of the Mediator's fees, costs, and expenses. Each party shall bear its own costs and attorneys' fees incurred in the mediation.

The Court further orders that all discovery and litigation efforts are stayed effective immediately during the pendency of the upcoming mediation. This stay will remain in effect until further order of the Court.

DATED: Honolulu, Hawaiʻi, <u>September 25, 2020</u>.

/s/ James H. Ashford

_____
Judge of the Above-Entitled Court

2

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| BOSKO PETRICEVIC, | ) | Civil No. 1CCV-19-2008 (JHA) |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JAMES H. ASHFORD |
| vs. | ) | |
| | ) | |
| NAN INC., a domestic profit corporation; | ) | |
| PATRICK SHIN; JOHN DOES 1-10; | ) | MEDIATION ORDER; NOTICE OF |
| JANE DOES 1-10; DOE | ) | ENTRY |
| CORPORATIONS 1-10; DOE | ) | |
| PARTNERSHIPS 1-10; DOE | ) | |
| UNINCORPORATED ORGANIZATIONS | ) | |
| 1-10; and DOE GOVERNMENTAL | ) | |
| AGENCIES 1-10; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| NAN, INC., a domestic profit corporation; | ) | |
| PATRICK SHIN, | ) | |
| | ) | |
| Defendants/Counterclaim Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BOSKO PETRICEVIC, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant. | ) | |
| _____ | ) | |

## **NOTICE OF ENTRY**

I hereby certify that the foregoing document was duly served electronically upon the

following parties via JEFS on September 25, 2020:

3

ELIZABETH JUBIN FUJIWARA
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813

Attorneys for Plaintiff BOSKO PETRICEVIC

RICHARD RAND
ANDREA LUX MIYASHITA
1003 Bishop St. Ste 1500
Honolulu, HI 96813

Attorney for Defendants NAN, INC. and PATRICK SHIN

RICHARD E. WILSON
735 Bishop Street, Ste 306
Honolulu, Hawaii 96813

Attorney for Defendants/counterclaimants NAN, INC. and PATRICK SHIN

DATED: Honolulu, Hawai'i, September 25, 2020 .

/s/ Ian F. Tapu

Clerk of the Above-Entitled Court, 10th Division