## BOSKO PETRICEVIC: Deposition Notice

Mark Batis <mark@revereandassociates.com>

Tue 10/20/2020 9:46 AM

**To:** jtr@frlawhi.com <jtr@frlawhi.com>; Bosko Petricevic <boskopetricevic@hotmail.com>; Richard Rand <rrand@marrjones.com>; amiyashita@marrjones.com <amiyashita@marrjones.com>
**Cc:** Terry Revere <terry@revereandassociates.com>; Richard Wilson <rewilson_law@yahoo.com>; Darci Ernce <main@revereandassociates.com>

📎 1 attachments (441 KB)

BOSKO 20.10.20 Odepo notice Joseph Rosenbaum.pdf;

Attached is a courtesy of DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE and REVERE & ASSOCIATES, LLLC's NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION.

Regards,

**Mark Batis | Paralegal**
808.791.9546



**CONFIDENTIALITY:** The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.

Exhibit 9 -1

| | |
|---|---|
| REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation,<br><br>Defendants. | EXAMINATION; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>[Joseph Rosenbaum, November 5, 2020, 9:30 a.m.]<br><br>TRIAL<br>Date:     Not set<br>Judge:    Hon. Jill A. Otake |

### DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE AND REVERE & ASSOCIATES, LLLC'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

TO:      BOSKO PETRICEVIC, ESQ.
         P.O. Box 38
         Honolulu, HI 96810
              Plaintiff Pro Se

         JOSEPH THOMAS ROSENBAUM, ESQ.
         Fujiwara & Rosenbaum, LLLC
         1100 Alakea St., 20th Floor
         Honolulu, HI 96813
              Deponent

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of

Civil Procedure, the following deposition upon oral examination will be taken on

behalf of Defendants RICHARD WILSON, LAW OFFICE OF RICHARD WILSON,

TERRANCE REVERE and REVERE & ASSOCIATES, LLLC ("DEFENDANTS")

viz Zoom video conference on the date and time noted below:

| Name and Address | Date and Time |
|---|---|
| Joseph Thomas Rosenbaum<br>Fujiwara & Rosenbaum, LLLC<br>1100 Alakea St., 20th Floor<br>Honolulu, HI 96813 | November 5, 2020 at 9:30 a.m. |

2

Exhibit 9-2

You are invited to attend and cross-examine the witness.

DATED:  Kailua, Hawaii, October 20, 2020.

/s/ Terrance M. Revere
TERRANCE M. REVERE
PAUL V.K. SMITH
Attorneys for Defendants
RICHARD WILSON; LAW OFFICE
OF RICHARD WILSON

/s/ Richard E Wilson
RICHARD E. WILSON
Attorney for Defendants
TERRANCE REVERE; REVERE &
ASSOCIATES, LLLC

4

Exhibit 9 - 3

HID 88A  (Rev. 02/11) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

| | |
|---|---|
| BOSKO PETRICEVIC | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   1:20-cv-00283 JAO-WRP |
| PATRICK SHIN, ET AL. | ) |
| | )    (If the action is pending in another district, state where: |
| *Defendant* | )                                   ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   JOSEPH THOMAS ROSENBAUM, ESQ.
       Fujiwara & Rosenbaum, LLLC, 1100 Alakea St., 20th Floor, Honolulu, HI  96813

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Revere & Associates, LLLC via Zoom video conference | Date and Time:<br>                11/05/2020 9:30 am |
|---|---|

      The deposition will be recorded by this method:   Zoom by Certified Legal Video Service

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

      The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:     10/20/2020

                       *CLERK OF COURT*
                                                  OR

                                                              /s/ Terrance M. Revere

| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |
|---|---|

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Richard Wilson, Law Office of Richard Wilson, Terrance Revere, Revere & Associates, LLLLC      , who issues or requests this subpoena, are:
Terrance M. Revere (5857), Revere & Associates, LLLC, 970 N. Kalaheo Ave., #A301, Kailua, HI  96734, 808-791-9550
Richard Wilson (5614), Law Offices of Richard E. Wilson, 735 Bishop St., Suite 306, Honolulu, HI, 808-545-1311

**EXHIBIT**

**A**

*Exhibit 9 - 4*