**Case 1:20-cv-00283-LEK-WRP**    **Document 60-8**    **Filed 11/03/20**    **Page 1 of 1**
**PageID.874**

Re: BOSKO PETRICEVIC: Deposition Notice

**Bosko Petricevic <boskopetricevic@hotmail.com>**

Tue 10/20/2020 10:28 AM

To: Mark Batis <mark@revereandassociates.com>; Joseph T. Rosenbaum <jtr@frlawhi.com>

Cc: Richard Rand <rrand@marrjones.com>; amiyashita@marrjones.com <amiyashita@marrjones.com>; Terry Revere <terry@revereandassociates.com>; Richard Wilson <rewilson_law@yahoo.com>; Darci Ernce <main@revereandassociates.com>; Bosko Petricevic <boskopetricevic@hotmail.com>

Hi All,

For the record, despite the fact I sent 2 below emails stating my unavailability until November 30, 2020, I was once again completely ignored by the Defendants since I just received a notice of scheduled deposition of Mr. Rosenbaum for November 13, 2020.

Additionally, this was also done despite the fact I notified Defendants yesterday that I wanted to meet and confer re the issue of scheduling Mr. Rosenbaum's deposition.

So, to summarize, I was neither consulted regarding scheduling Mr. Rosenbaum's depo (I was completely ignored) nor was my request to meet and confer regarding this issue honored.

Unless this November 13, 2020 date is cancelled, I will be forced to file a motion for protective order so we can reschedule this deposition.

This is simply bad faith and in complete violation of meet and confer spirit.

Thank you,
Bosko

---

**From:** Bosko Petricevic <boskopetricevic@hotmail.com>
**Sent:** Tuesday, October 20, 2020 10:08 AM
**To:** Mark Batis <mark@revereandassociates.com>; Joseph T. Rosenbaum <jtr@frlawhi.com>
**Cc:** Richard Rand <rrand@marrjones.com>; amiyashita@marrjones.com <amiyashita@marrjones.com>; Terry Revere <terry@revereandassociates.com>; Richard Wilson <rewilson_law@yahoo.com>; Darci Ernce <main@revereandassociates.com>
**Subject:** Re: BOSKO PETRICEVIC: Deposition Notice

Hi,

I just sent an email stating I am not available until November 30th.

Are you going to consider that?

Thank you,
Bosko

---

**From:** Mark Batis <mark@revereandassociates.com>
**Sent:** Tuesday, October 20, 2020 10:07 AM
**To:** Joseph T. Rosenbaum <jtr@frlawhi.com>
**Cc:** Bosko Petricevic <boskopetricevic@hotmail.com>; Richard Rand <rrand@marrjones.com>; amiyashita@marrjones.com <amiyashita@marrjones.com>; Terry Revere <terry@revereandassociates.com>; Richard Wilson <rewilson_law@yahoo.com>; Darci Ernce <main@revereandassociates.com>
**Subject:** Re: BOSKO PETRICEVIC: Deposition Notice

Thanks. I'll amend the notice and subpoena. Is there a date/time that I can let our process server know is best to serve you?

Regards,

**Mark Batis | Paralegal**
808.791.9546

Exhibit 13