Case 1:20-cv-00283-LEK-WRP       Document 60-9    Filed 11/03/20    Page 1 of 1
PageID.875

**Re: BOSKO PETRICEVIC: Deposition Notice**

**Bosko Petricevic** <boskopetricevic@hotmail.com>

Tue 10/20/2020 10:35 AM

**To:** Terry Revere <terry@revereandassociates.com>
**Cc:** Mark Batis <mark@revereandassociates.com>; Joseph T. Rosenbaum <jtr@frlawhi.com>; Richard Rand <rrand@marrjones.com>; amiyashita@marrjones.com <amiyashita@marrjones.com>; Richard Wilson <rewilson_law@yahoo.com>; Darci Ernce <main@revereandassociates.com>; Bosko Petricevic <boskopetricevic@hotmail.com>

Hi,

Simple fact is that we needed to meet and confer first before you scheduled it.

Also, nobody has asked me if I was available on this date.

So, I was completely excluded from the process.

Unless this date of Mr. Rosenbaum deposition is cancelled, motion for protective order will be filed.

I am also NOT available on December 1, 2020 for my deposition. This issue is also subject to meet and confer and will be part of my motion to stay discovery.

Also, I will be filing a motion for protective order re your request for documents.

You are acting in bad faith and you are completely bastardizing spirit of the meet and confer with your unilateral actions.

I will bring all of this to the attention of the Court.

All of these emails will be exhibits of what has occurred.

Thank you,
Bosko Petricevic

---

**From:** Terry Revere <terry@revereandassociates.com>
**Sent:** Tuesday, October 20, 2020 10:27 AM
**To:** Bosko Petricevic <boskopetricevic@hotmail.com>
**Cc:** Mark Batis <mark@revereandassociates.com>; Joseph T. Rosenbaum <jtr@frlawhi.com>; Richard Rand <rrand@marrjones.com>; amiyashita@marrjones.com <amiyashita@marrjones.com>; Richard Wilson <rewilson_law@yahoo.com>; Darci Ernce <main@revereandassociates.com>
**Subject:** Re: BOSKO PETRICEVIC: Deposition Notice

Bosko,

It has been considered.  You just repeating  that you are not available until November 30th when you are not working is not working for us. As long as that date works for Richard and Richard, we will proceed with Joe's deposition on the 13th. You need not attend if you do not wish to do so.

Speaking of the end of November, unless you offer an actually valid excuse and provide a different (i.e., earlier, not later) date we will depose you on December 1 via Zoom. You may attend both of these from home or sit in the same room with Joe if you like as long as you are on camera and provided you do not attempt to physically prevent Joe from leaving the deposition room if he wishes  to do so.  Per the directives of both the State and Federal Courts, please get familiar with Zoom if you have not already done so.

Please also promptly produce the records we have requested today well before your deposition, to avoid the need to conduct a second deposition.

Finally, please note that had you simply agreed today to Joe's deposition today when you are both obviously available, we would have been done by now.

Thanks,

Terry

On Tue, Oct 20, 2020 at 10:08 AM Bosko Petricevic <boskopetricevic@hotmail.com> wrote:
> Hi,

Exhibit 14