## Re: BOSKO PETRICEVIC: Deposition Notice

Richard WIlson <rewilson_law@yahoo.com>

Tue 10/20/2020 10:39 AM

**To:** Terry Revere <terry@revereandassociates.com>; Bosko Petricevic <boskopetricevic@hotmail.com>
**Cc:** Mark Batis <mark@revereandassociates.com>; Joseph T. Rosenbaum <jtr@frlawhi.com>; Richard Rand <rrand@marrjones.com>; amiyashita@marrjones.com <amiyashita@marrjones.com>; Darci Ernce <main@revereandassociates.com>

Bosko -- Enough, read the rules. We do not need to meet and confer with you to set a deposition. Blanket statements of "unavailability" are meaningless. Terry, Richard, and I have repeatedly told you we would accommodate any reasonable, *i.e.*, legitimate, issue concerning anyone's (including you) availability. Yet, in response, you have provided us with literally weeks for which you are unavailable. That is unreasonable and bad faith.

And yes, please attach the emails.

Rich

Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

CONFIDENTIALITY NOTICE: The information contained in this email and any attachments may be privileged, confidential and protected from disclosure. Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.

On Tuesday, October 20, 2020, 10:35:46 AM HST, Bosko Petricevic <boskopetricevic@hotmail.com> wrote:

Hi,

Simple fact is that we needed to meet and confer first before you scheduled it.

Also, nobody has asked me if I was available on this date.

So, I was completely excluded from the process.

Unless this date of Mr. Rosenbaum deposition is cancelled, motion for protective order will be filed.

I am also NOT available on December 1, 2020 for my deposition. This issue is also subject to meet and confer and will be part of my motion to stay discovery.

Also, I will be filing a motion for protective order re your request for documents.

You are acting in bad faith and you are completely bastardizing spirit of the meet and confer with your unilateral actions.

I will bring all of this to the attention of the Court.

All of these emails will be exhibits of what has occurred.

Thank you,
Bosko Petricevic

Exhibit 15

**From:** Terry Revere <terry@revereandassociates.com>
**Sent:** Tuesday, October 20, 2020 10:27 AM
**To:** Bosko Petricevic <boskopetricevic@hotmail.com>
**Cc:** Mark Batis <mark@revereandassociates.com>; Joseph T. Rosenbaum <jtr@frlawhi.com>; Richard Rand <rrand@marrjones.com>; amiyashita@marrjones.com <amiyashita@marrjones.com>; Richard Wilson <rewilson_law@yahoo.com>; Darci Ernce <main@revereandassociates.com>
**Subject:** Re: BOSKO PETRICEVIC: Deposition Notice

Bosko,