Case 1:20-cv-00283-LEK-WRP     Document 60-12     Filed 11/03/20     Page 1 of 1
PageID.883

## Re: Meet and Confer re Motion to Stay Discovery

**Terry Revere** <terry@revereandassociates.com>
Tue 10/20/2020 11:09 AM

**To:** Bosko Petricevic <boskopetricevic@hotmail.com>
**Cc:** Richard Rand <RRand@marrjones.com>; Richard WIlson <rewilson_law@yahoo.com>; Darci Ernce
<main@revereandassociates.com>; Mark Batis <mark@revereandassociates.com>; jtr@frlawhi.com <jtr@frlawhi.com>

Also, Joe, would you want to do your deposition at noon today and just get it over with?

On Tue, Oct 20, 2020 at 11:06 AM Terry Revere <terry@revereandassociates.com> wrote:
> Do you have somewhere else to be in 24 minutes?
>
> On Tue, Oct 20, 2020 at 11:04 AM Bosko Petricevic <boskopetricevic@hotmail.com> wrote:
>> Dear Mr. Rand,
>>
>> Meet and confer was already agreed upon and scheduled for Friday , October 23, 2020 at 9:30 am
>> as per the previous emails.
>>
>> I am not sure what exactly are you doing with this another unilateral scheduling event.
>>
>> Please send the phone conference info as per the original agreement.
>>
>> I am not available today.
>>
>> Bosko
>>
>> _____
>>
>> **From:** Richard Rand <RRand@marrjones.com>
>> **Sent:** Tuesday, October 20, 2020 11:00 AM
>> **To:** Richard WIlson <rewilson_law@yahoo.com>; Bosko Petricevic <boskopetricevic@hotmail.com>; Terry
>> Revere <terry@revereandassociates.com>
>> **Cc:** Darci Ernce <main@revereandassociates.com>; Mark Batis <mark@revereandassociates.com>
>> **Subject:** RE: Meet and Confer re Motion to Stay Discovery
>>
>> Invite sent
>>
>> *COVID19 NOTICE: Marr Jones & Wang cares about the health of our clients, employees, vendors
>> and other visitors, while continuing to service the needs of our clients and business partners. The
>> CDC recently issued a global outbreak notice (Level 2). Therefore, the Firm is endeavoring to
>> reschedule meetings, or, for those meetings that cannot be rescheduled, to hold them telephonically
>> or remotely. If you have an in-person meeting scheduled at the Firm and have traveled outside of
>> Oahu in the last 14 days, please inform the individual at MJW with whom you are scheduled to
>> meet. In addition, if you are experiencing common symptoms of COVID19 (as examples, fever,
>> tiredness, or dry cough), please do not come to the office and we will of course work with you to
>> communicate electronically or by telephone. Thank you very much for your cooperation.*
>> *Richard M. Rand, Esq.*
>> *Marr Jones & Wang*
>> *A Limited Liability Law Partnership*
>> *Pauahi Tower*

*Exhibit 17*