## Re: BOSKO PETRICEVIC: Deposition notice

**Bosko Petricevic** <boskopetricevic@hotmail.com>

Wed 10/21/2020 1:09 PM

**To:** Mark Batis <mark@revereandassociates.com>
**Cc:** Richard Rand <rrand@marrjones.com>; Andrea Miyashita <amiyashita@marrjones.com>; Terry Revere <terry@revereandassociates.com>; Richard Wilson <rewilson_law@yahoo.com>; Darci Ernce <main@revereandassociates.com>; Bosko Petricevic <boskopetricevic@hotmail.com>

Dear All,

I am glad we all agreed to hold meet and confer on Friday, October 23, 2020 at 9:30 am. Thank you Mr. Rand for setting up the conference call.

**Judge Porter (and local rules so require) instructed us to meet and confer in good faith before bringing any disputes before him.**

**We obviously have a dispute re discovery scheduling.**

I notified you Monday morning (October 19, 2020) that one of the issues for this meet and confer is the scheduling of depositions, including mine.

So, if we are going to have a genuine and good faith discussion during this meet and confer, we should keep an open mind and genuinely attempt to resolve these issues.

Therefore, once again I am surprised that you went ahead and unilaterally scheduled another deposition (mine this time) without getting my input and without waiting to discuss this issue with me. I am not sure what purpose this served, but it doesn't serve the purpose of good faith meet and confer.

Proper course of action is to suggest various dates and then politely discuss the scheduling with me. Once again, you have done neither and have completely excluded me out of any scheduling discussion, including the Mr. Rosenbaum deposition., which was also subject to meet and confer as I already requested in the morning on Monday, October 19. You simply went ahead and unilaterally scheduled it.

First of all, we should hold off on deposing me until February 2021 mediation is completed since then certain causes of actions might be settled and Mr. Rand will not have to waste time asking me questions about Title VII allegations. Postponing this deposition is also in spirit with Judge Ashford's order to freeze all discovery in the related state proceeding.

Either way, you should have waited to schedule this until after our meet and confer. Your course of action indicates that you will not participate in meet and confer in good faith.

**However, to comply with Judge Porter's instructions and local rules**, I will participate in good faith in meet and confer on Friday, October 23, 2020 at 9:30 am.

We will discuss all of the issues on Friday, October 23, 2020 at 9:30 am. . I will be extremely busy until then (baby is due any day and there is lots to do to prepare everything and finish setting up a new place for the arrival) so I will not be answering any email until then.

Talk on Friday.

Thank you,
Bosko

*Exhibit 20*

**From:** Mark Batis <mark@revereandassociates.com>
**Sent:** Wednesday, October 21, 2020 11:22 AM