*Exhibit 21 -1*

## Re: BOSKO PETRICEVIC: Deposition notice

Richard WIlson <rewilson_law@yahoo.com>

Wed 10/21/2020 2:22 PM

To: Mark Batis <mark@revereandassociates.com>; Bosko Petricevic <boskopetricevic@hotmail.com>
Cc: Richard Rand <rrand@marrjones.com>; Andrea Miyashita <amiyashita@marrjones.com>; Terry Revere <terry@revereandassociates.com>; Darci Ernce <main@revereandassociates.com>

My comments in red.

Dear All,

I am glad we all agreed to hold meet and confer on Friday, October 23, 2020 at 9:30 am. Thank you Mr. Rand for setting up the conference call.
You're welcome.

**Judge Porter (and local rules so require) instructed us to meet and confer in good faith before bringing any disputes before him.**
Ok.

**We obviously have a dispute re discovery scheduling.**
Ok, if you say so.

I notified you Monday morning (October 19, 2020) that one of the issues for this meet and confer is the scheduling of depositions, including mine.
Ok, but doing so does not preclude noticing discovery and depositions, including yours.  Note that we also set up a telephonic conference for 11:30 am yesterday but you chose not to attend.  We have also repeatedly told you that while we are more than willing to provide reasonable scheduling accommodations (as we did with Mr. Rosenbaum), we will not agree to a stay of discovery through your Court ordered mediation with Nan.  Yet, you continue to insist on a complete stay of discovery for the next four months.

So, if we are going to have a genuine and good faith discussion during this meet and confer, we should keep an open mind and genuinely attempt to resolve these issues.
Gosh, darn it, you took the words right out of my mouth.  HEY, wait a minute, Bosko, are you reading my mind?  I mean, I'm worried now and starting to believe what you previously said, *i.e.*, you're "living rent free inside [my] head"?  How's the view?  FYI, linen service is this Saturday, so don't forget.

Therefore, once again I am surprised that you went ahead and unilaterally scheduled another deposition (mine this time) without getting my input and without waiting to discuss this issue with me. I am not sure what purpose this served, but it doesn't serve the purpose of good faith meet and confer.
Read Fed.R.Civ.P. 26(d)(1).  Again, for the umpteenth time, we are more than ready, willing, and able to discuss reasonably accommodating schedules of the parties, their counsel, and witnesses.

Proper course of action is to suggest various dates and then politely discuss the scheduling with me. Once again, you have done neither and have completely excluded me out of any scheduling discussion, including the Mr. Rosenbaum deposition., which was also subject to meet and confer as I already requested in the morning on Monday, October 19. You simply went ahead and unilaterally scheduled it.
Wrong, on all narratives.  First, we have been more than willing to speak with you regarding depositions and even scheduled a conference call yesterday, October 20th, at 11:30, to discuss, among other matters, deposition scheduling.  You simply, without justification, refused to attend.  You instead insist

*Exhibit 2 1-1*

Case 1:20-cv-00283-LEK-WRP    Document 60-16    Filed 11/03/20    Page 2 of 2
PageID.890

communicating with us only via a formal "meet and confer" set for Friday, which could have been avoided had you simply agreed to get on the conference call with Messrs. Rand, Revere, and me. Your claim that you have been excluded from scheduling decisions is sheer nonsense. *See, also,* the numerous emails regarding depositions and their timing.

First of all, we should hold off on deposing me until February 2021 mediation is completed since then certain causes of actions might be settled and Mr. Rand will not have to waste time asking me questions about Title VII allegations. Postponing this deposition is also in spirit with Judge Ashford's order to freeze all discovery in the related state proceeding.
We have repeatedly said we will **not** agree to a four month stay of discovery. Besides, Mr. Rand's examination may actually assist in mediation as he (like Terry and I) will finally have your testimony regarding your purported "claims" under oath. Undoubtedly, deposing you will benefit the legal process in this, and the state case.

Either way, you should have waited to schedule this until after our meet and confer. Your course of action indicates that you will not participate in meet and confer in good faith.
Nope, wrong, see my prior comments.

**However, to comply with Judge Porter's instructions and local rules**, I will participate in good faith in meet and confer on Friday, October 23, 2020 at 9:30 am.
We are collectively pleased to no end!

We will discuss all of the issues on Friday, October 23, 2020 at 9:30 am. . I will be extremely busy until then (baby is due any day and there is lots to do to prepare everything and finish setting up a new place for the arrival) so I will not be answering any email until then.
Suit yourself.

Talk on Friday.
Can't wait.

Thank you,
Bosko

Richard E. Wilson
735 Bishop St., Ste. 306
Honolulu, HI 96813

rewilson_law@yahoo.com
Direct -- 808.545.1311
Fax -- 808.545.1388

Exhibit 21-2

CONFIDENTIALITY NOTICE: The information contained in this email and any attachments may be privileged, confidential and protected from disclosure. Any disclosure, distribution or copying of this email or any attachments by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please notify the sender immediately by replying to the message and deleting this email and any attachments from your system. Thank you for your cooperation.

On Wednesday, October 21, 2020, 01:09:29 PM HST, Bosko Petricevic <boskopetricevic@hotmail.com> wrote: