IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK SHIN; RICHARD WILSON; LAW OFFICE OF RICHARD E. WILSON; JOHN DWYER; TERRANCE REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation,<br><br>Defendants. | CIVIL NO. CV 20-00283 JAO-WRP<br><br>**DECLARATION OF BOSKO PETRICEVIC** |

DECLARATION OF BOSKO PETRICEVIC

BOSKO PETRICEVIC declares as follows:

1.     I am a licensed attorney in State of Hawaii. I represent myself in the above captioned lawsuit.

2.     I make this Declaration upon personal knowledge, and would be competent to testify to the matters set forth herein.

3.     During the November 5, 2020 meet and confer conference regarding the Initial Disclosures, Defendant Revere admitted that some of the witnesses listed in Defendants Wilson and Revere's Initial Disclosures are listed (and I paraphrase) to prove I am a guy that has arguments and issues with many different people, or words to this effect.

4.    My first child has just been born on November 6, 2020. Needless to stay, this is a very special, but also extremely busy and sensitive time in my life, especially during the COVID-19 time. This coupled with my full-time job, it doesn't leave much free time, if at all.

5.    I am simply asking for couple of months delay until the child is little older and can be placed on a more regular sleeping schedule instead of feeding and changing diapers every few hours. First 30-60 days after birth is very crucial and risky, and I would like my attention focused solely on the mother and my child.

I declare under penalty of law that the foregoing is true and correct. Executed in Honolulu, Hawaii on November 13, 2020.


/s/ Bosko Petricevic
BOSKO PETRICEVIC

- 2 -