BOSKO PETRICEVIC          8443
P.O. Box 38
Honolulu, Hawaii 96810
Telephone:  (402) 301-3716
E-mail:      boskopetricevic@hotmail.com

PRO-SE PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK SHIN; RICHARD WILSON; TERRANCE REVERE; NAN INC., a domestic profit corporation,<br><br>Defendants. | CIVIL NO. CV 20-00283 JAO-WRP<br><br>**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS FOR DISCOVERY ABSUSES AND NOT COMPLYING WITH THE COURT'S ORDER; EXHIBIT 1; CERTIFICATE OF SERVICE**<br><br>Judge: Honorable Jill A. Otake<br><br>Trial date: December 6, 2021, 9:00 AM |

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS FOR DISCOVERY ABSUSES AND NOT COMPLYING WITH THE COURT'S ORDER**

Plaintiff hereby respectfully moves this Honorable Court to issue a protective order postponing deposition of Plaintiff Bosko Petricevic. Lastly, due to Defendants' blatant disregard of Magistrate Judge's Order issued on November 17, 2020, Plaintiff is seeking sanctions for having to file this motion.

**I.      ARGUMENT**

This Honorable Court's orders and instructions either mean something, or they don't. They will be either respected and followed, or they will not be. Apparently, Defendants are not interested in either respecting or following Court's orders.

On November 17, 2020, Magistrate Judge Porter order and instructed following:

"The Court GRANTS a short postponement of Plaintiff's deposition and ORDERS that Plaintiff's deposition shall proceed on or after December 14, 2020. **If the parties are unable to agree on a date for Plaintiff's deposition on or after December 14, 2020, the parties shall file letter briefs** in compliance with Local Rule 37.1(c) no later than November 23, 2020, **and the Court will set the date for Plaintiff's deposition."**

This is not a complicated order and/or instruction to understand and/or follow. Apparently, it is for Defendants Wilson and Revere.

**Plaintiff and Defendants were NOT able to agree on a date for Plaintiff's deposition.** 1 As such, and pursuant to Court's order, Plaintiff and Defendants were supposed to file letter briefs on this issue so that the Court can decide and set the date for Plaintiff's deposition.

However, despite the Court's clear order and instruction, on November 20, 2020, Defendants Wilson and Revere went ahead and unilaterally scheduled a Plaintiff's deposition for December 17, 2020. **See Exhibit 1.**

---

1 Plaintiff communicated to Defendants very clearly that he is available for the deposition in the first week of January 2021. They are few reasons for this. First, Plaintiff's child was just born and holidays are coming and it would be nice to spend quality time with the new family without worrying about the deposition. Second, Plaintiff just started a new job and he has not earned any vacation days yet. Plaintiff will have some vacation days in January of 2021. Therefore, first week in January would be a perfect time to get the deposition done

This is simply a blatant disregard for the Court's order and instructions. There is simply no other way of putting this. So, the question must be asked. Do these Honorable Court's orders and instructions mean something or do they NOT? Are Defendants required to comply with these orders or are they NOT?

This motion for protective order would NOT be necessary if Defendants simply complied with the simple order. Plaintiff should not waste his precious little free time filing this motion. This is beyond ridiculous that Defendants are just blatantly doing whatever they please and blatantly ignoring Court's orders.

As this Court has already acknowledged in its November 17, 2020 Order, this Court is able to issue sanctions for an opponent's discovery abuses pursuant to the Court's inherent power. Plaintiff believes that this latest action qualifies as a discovery abuse and disregard of Court's orders. If Defendants are not sanctioned for this, this behavior will continue.  Plaintiff is therefore respectfully requesting that this Court issues sanctions against Defendants for their conduct described herein.

DATED:  Honolulu, Hawaii; November 20, 2020.


/S/ *BOSKO PETRICEVIC*
BOSKO PETRICEVIC
PRO-SE PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK SHIN; RICHARD WILSON; LAW OFFICE OF RICHARD E. WILSON; JOHN DWYER; TERRANCE REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation,<br><br>Defendants. | CIVIL NO. CV 20-00283 JAO-WRP<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS FOR DISCOVERY ABSUSES AND NOT COMPLYING WITH THE COURT'S ORDER** in the above-entitled action was duly served electronically through the Hawaii Judiciary CM/ECF and also via email, on November 20, 2020, on the following counsel of record and/or parties:

1.      Terrance Revere

Revere & Associates LLLC
Pali Palms Plaza
970 North Kalaheo Ave., Suite A301
Kailua, HI 96734
808-791-9550
terry@revereandassociates.com

ATTORNEY FOR DEFENDANTS

- 4 -

Richard Wilson
Law Office of Richard E. Wilson


2.    LAW OFFICES OF RICHARD E. WILSON, LLC
RICHARD E. WILSON
5614 735 Bishop St., Suite 306
Honolulu, Hawaii 96813
Tel. No. (808) 545-1311
rewilson_law@yahoo.com

ATTORNEY FOR DEFENDANTS
Terrance Revere
Revere & Associates LLLC

3.    Richard M. Rand
Marr Jones & Wang LLP
Pauahi Twr.
1003 Bishop St
Ste. 1500
Honolulu, HI 96813
(808) 536-4900
rrand@marrjones.com

ATTORNEYS FOR DEFENDANTS
Patrick Shin
NAN INC., a domestic profit corporation,


DATED: Honolulu, Hawaii; November 20, 2020.


/S/ *BOSKO PETRICEVIC*
BOSKO PETRICEVIC
PRO-SE PLAINTIFF