REVERE & ASSOCIATES, LLLC
TERRANCE M. REVERE          5857
PAUL V.K. SMITH             5891
Pali Palms Plaza
970 N. Kalaheo Ave., Suite A301
Kailua, Hawaii 96734
Tel. No. (808) 791-9550
Facsimile No. (808) 791-9551
*terry@revereandassociates.com*
*paul@revereandassociates.com*

Attorneys for Defendants
RICHARD WILSON; LAW OFFICE OF
RICHARD WILSON

Of Counsel:
LAW OFFICES OF RICHARD E. WILSON, LLC
RICHARD E. WILSON          5614
735 Bishop St., Suite 306
Honolulu, Hawaii 96813
Tel. No. (808) 545-1311
Facsimile No. (808) 545-1388
*rewilson_law@yahoo.com*

Attorney for Defendants
TERRANCE REVERE;
REVERE & ASSOCIATES, LLLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PATRICK SHIN; RICHARD WILSON; LAW OFFICE OF RICHARD E. WILSON; JOHN DWYER; TERRANCE | CIVIL NO. 1:20-cv-00283 JAO-WRP<br><br>DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE AND REVERE & ASSOCIATES, LLLC'S FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON |

| REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation,<br><br>                     Defendants. | ORAL EXAMINATION; CERTIFICATE OF SERVICE<br><br>[Bosko Petricevic, December 17, 2020, 9:00 a.m.]<br><br><u>TRIAL</u><br>Date:            Not set<br>Judge:         Hon. Jill A. Otake |

**DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE AND REVERE & ASSOCIATES, LLLC'S <u>NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION</u>**

TO:          BOSKO PETRICEVIC, ESQ.
             P.O. Box 38
             Honolulu, HI  96810
                   Plaintiff Pro Se

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the following deposition upon oral examination will be taken on behalf of Defendants RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE and REVERE & ASSOCIATES, LLLC ("DEFENDANTS") via Zoom video conference on the date and time noted below:

| **Name and Address** | **Date and Time** |
|---|---|
| Bosko Petricevic<br>P.O. Box 38<br>Honolulu, HI  96810 | December 17, 2020 at 9:00 a.m. |

SAID DEPOSITION shall be upon oral examination before a Certified Shorthand Reporter from Ralph Rosenberg Court Reporters, 1001 Bishop Street, Suite 2460, Honolulu, Hawaii 96813; Tel. No. 808-524-2090, who is duly authorized by law to administer oaths pursuant to Rule 30 of the Federal Rules of Civil

2

Procedure, and shall continue from day to day, weekend and holidays except, until completed. The deposition will be recorded stenographically and may be videotaped by Certified Legal Video Services, 1111 Bishop Street, Suite 500, Honolulu, Hawaii 96813, Tel. No. 808-550-2587.

Pursuant to Rule 30(b)(8) of the Federal Rules of Civil Procedure, the witness is hereby notified that he may request a review of the completed transcript or recording of the deposition. Witness must make this request before the completion of his deposition. If he makes such a request, after being notified by the court reporter or other officer taking the deposition that the transcript or recording is available, witness will have 30 days to (1) review the transcript or recording; and (2) if there are changes in form or substance, to sign a statement reciting such changes and reasons for making them.

You are invited to attend and cross-examine the witness.

DATED:  Kailua, Hawaii, November 20, 2020.

/s/ Terrance M. Revere
TERRANCE M. REVERE
PAUL V.K. SMITH
Attorneys for Defendants
RICHARD WILSON; LAW OFFICE
OF RICHARD WILSON

/s/ Richard E Wilson
RICHARD E. WILSON
Attorney for Defendants
TERRANCE REVERE; REVERE &
ASSOCIATES, LLLC

3

REVERE & ASSOCIATES, LLLC
TERRANCE M. REVERE          5857
PAUL V.K. SMITH             5891
Pali Palms Plaza
970 N. Kalaheo Ave., Suite A301
Kailua, Hawaii 96734
Tel. No. (808) 791-9550
Facsimile No. (808) 791-9551
*terry@revereandassociates.com*
*paul@revereandassociates.com*

Attorneys for Defendants
RICHARD WILSON; LAW OFFICE OF
RICHARD WILSON

Of Counsel:
LAW OFFICES OF RICHARD E. WILSON, LLC
RICHARD E. WILSON          5614
735 Bishop St., Suite 306
Honolulu, Hawaii 96813
Tel. No. (808) 545-1311
Facsimile No. (808) 545-1388
*rewilson_law@yahoo.com*

Attorney for Defendants
TERRANCE REVERE;
REVERE & ASSOCIATES, LLLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC, | CIVIL NO. 1:20-cv-00283 JAO-WRP |
| Plaintiff, | CERTIFICTE OF SERVICE |
| vs. | [RE: DEFENDANTS RICHARD WILSON, LAW OFFICE OF RICHARD WILSON, TERRANCE REVERE AND REVERE & |
| PATRICK SHIN; RICHARD WILSON; LAW OFFICE OF RICHARD E. | |

| | |
|---|---|
| WILSON; JOHN DWYER; TERRANCE REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation,<br><br>　　　　　Defendants. | ASSOCIATES, LLLC'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION]<br><br>[Bosko Petricevic, December 1, 2020, 9:00 a.m.] |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on today's date, a copy of the foregoing document will be duly served electronically via email and U.S. Mail, postage prepaid upon the following individuals at their last known address as indicated:

BOSKO PETRICEVIC                    boskopetricevic@hotmail.com
P.O. Box 38
Honolulu, HI  96810
      Plaintiff Pro Se

RICHARD M. RAND                  rrand@marrjones.com
ANDREA LUX MIYASHITA          amiyashita@marrjones.com
Pauahi Tower
1003 Bishop St., #1500
Honolulu, HI  96813
      Attorneys for Defendants
      NAN, INC. and PATRICK SHIN

DATED:  Kailua, Hawaii, November 20, 2020.

　　　　　　　　　　　　　　　/s/ Terrance M. Revere
　　　　　　　　　　　　　　　TERRANCE M. REVERE
　　　　　　　　　　　　　　　PAUL V.K. SMITH
　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　RICHARD WILSON; LAW OFFICE
　　　　　　　　　　　　　　　OF RICHARD E. WILSON

2

/s/ Richard E Wilson
RICHARD E. WILSON
Attorney for Defendants
TERRANCE REVERE; REVERE &
ASSOCIATES, LLC

3