BOSKO PETRICEVIC          8443
P.O. Box 38
Honolulu, Hawaii 96810
Telephone:  (402) 301-3716
E-mail:       boskopetricevic@hotmail.com

PRO-SE PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK SHIN; RICHARD WILSON; LAW OFFICE OF RICHARD E. WILSON; JOHN DWYER; TERRANCE REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation,<br><br>Defendants. | CIVIL NO. CV 20-00283 JAO-WRP<br><br>**PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES; CERTIFICATE OF SERVICE**<br><br>Judge: Honorable Jill A. Otake<br><br>Trial date: December 6, 2021, 9:00 AM |

## PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES

Plaintiff hereby submits his First Amended Initial Disclosures, required by

Federal Rule of Civil Procedure 26(a)(1). Amendments will be bolded.

## INTRODUCTORY STATEMENT

The following amended disclosures are made based on the information

reasonably available to Plaintiff as of **November 22, 2020**. By making these

disclosures, Plaintiff does not represent that he is identifying every document, tangible

thing, or witness possibly relevant to this lawsuit. Moreover, Plaintiff' disclosures

herein are made without waiving (1) the right to object on the grounds of competency,

privilege, relevancy, hearsay, or any other proper ground, or the right to object to the use of any information disclosed herein for any purpose, in whole or in part, in any subsequent proceeding in this action or in any other action; and (2) the right to object on any and all proper grounds to any discovery request or proceeding involving or relating to the subject matter of these disclosures, consistent with the Federal Rules of Civil Procedure. Plaintiff makes these disclosures with the expectation that an appropriate protective order where needed, or some other limitation on the production of documents identified herein, will be agreed upon by the parties and entered by the Court, if necessary, and at an appropriate time. Discovery, fact investigation, and trial preparation are ongoing, and Plaintiff reserves the right to supplement or amend these Initial Disclosures in light of further discovery, fact investigation, and trial preparation.

## I. PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION

Based on the information currently available, Plaintiff identifies the following individuals who are likely to have discoverable information that Plaintiff may use to support his claims and defenses in this action. Plaintiff reserves the right to name other witnesses revealed through further investigation, discovery or trial preparation. Plaintiff further reserve the right to identify additional witnesses who may have been inadvertently omitted or who become necessary by the addition of any new parties or claims in this case. Plaintiff further reserves the right to call any witness identified by another party. Plaintiff has not yet retained or identified his expert witnesses but

reserves the right to do so. In making these disclosures, Plaintiff does not waive his right

to object, pursuant to any applicable Federal Rule of Civil Procedure, to the deposition

or trial testimony of any of the individuals listed below. Plaintiff discloses the names

and addresses, where known, of the following individuals who may have possible non-

privileged information that Plaintiff may use to support his claims/defenses, unless

solely for impeachment:

1.      Bosko Petricevic
        P.O. Box 38 Honolulu,
        HI 96810
        402-301-3716

Will testify as to the facts and circumstances giving rise to this action, and any
other relevant matters.

2.      Terrance Revere
        c/o Law Offices of Richard E. Wilson, LLC
        735 Bishop St., Suite 306
        Honolulu, Hawaii 96813
        808-545-1311

Will testify as to the facts and circumstances giving rise to this action, and any
other relevant matters.

3.       Representative of Revere & Associates, LLLC
        c/o Law Offices of Richard E. Wilson, LLC
        735 Bishop St., Suite 306
        Honolulu, Hawaii 96813
        808-545-1311

Will testify as to the facts and circumstances giving rise to this action, and any
other relevant matters.

4.      Richard Wilson
        c/o Revere & Associates, LLLC
        970 N. Kalaheo Ave., #A301
        Kailua, Hawaii 96734

808-791-9550

Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.

5.    Representative of Law Office of Richard Wilson
      c/o Revere & Associates, LLLC
      970 N. Kalaheo Ave., #A301
      Kailua, Hawaii 96734
      808-791-9550

Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.

6.    Partners, Owners, Representatives, Clients and all of the Employees of Clay Chapman Iwamura Pulice & Nervell, including but not limited to:

      Gerald Clay, Esq.;
      Bradley Pulice, Esq.;
      Carlos Perez Mesa, Esq.;
      Jane Sugimura, Esq.;
      Anders Nervell, Esq.;
      Diane Sherman;
      Scott Batterman, Esq.;
      Robert Chapman, Esq.;
      Steven Iwamura, Esq.; and
      Lynn Stobie.

      Clay Chapman Iwamura Pulice & Nervell
      700 Bishop St., #2100
      Honolulu, HI 96813
      808-535-8400

All of the above listed will testify as to the facts and circumstances giving rise to this action, and any other relevant matters, the authenticity of records and things, and any other relevant matters.

7.    Patrick Shin
      Marr Jones & Wang, LLLP
      Pauahi Tower
      1003 Bishop St., #1500 \
      Honolulu, HI 96813

808-536-4900

Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.

8. Owners, Representatives, Clients and all of the Employees of Nan, Inc. including but not limited to:

Patrick Shin;
Wyeth Matsubara;
Carol Nelson; and
Nick Flores

Marr Jones & Wang, LLLP
Pauahi Tower
1003 Bishop St., #1500
Honolulu, HI 96813
808-536-4900

All of the above listed will testify as to the facts and circumstances giving rise to this action, and any other relevant matters, the authenticity of records and things, and any other relevant matters.

9. Jack Dwyer
Case Lombardi & Pettit
737 Bishop St., #2600 Honolulu, HI 96813
808-547-5400

Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.

10. Trevor Tamashiro
DeVries & Associates, PC
1164 Bishop St., Ste. 1555
Honolulu, HI 96813
(808) 339-3200

Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.

11. **Doctor Stephen Holmes**
**Address not known at this time**

**808-222-9718**

**Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.**

12.    **James Lesniewski**
   **3489 Luyung Drive**
**Rancho Cordova, CA 95742**
**Phone: 916-893-9428**

**Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.**

13.    **Sean Kam-Okamoto**
**Address not known at this time**
**Phone: 808-428-8694**

**Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.**

13.    **Robert Sanchez**
**Address not known at this time**
**Phone: 808-221-3366**

**Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.**

14.    **Hugh Damon**
**P.O. Box 951**
**Honolulu, HI**
**Phone: 808-782-2104**

**Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.**

15.    **All of the Clients that Plaintiff serviced during his time at Clay Chapman Iwamura Pulice & Nervell**
**Clay Chapman Iwamura Pulice & Nervell**
**700 Bishop St., #2100**
**Honolulu, HI 96813**
**808-535-8400**

**Will testify as to the facts and circumstances giving rise to this action, and any other relevant matters.**

16. Any witnesses (including expert witnesses) listed by any other party.

 May be called to testify, if relevant, as to the facts and circumstances giving rise to this action, and any other relevant matters.

17. Any expert witnesses retained by Plaintiff subsequent to the filing of these initial disclosures.

 May be called to testify, if relevant, as to the facts and circumstances giving rise to this action, and any other relevant matters.

II. DOCUMENTS AND THINGS TO SUPPORT CONTENTIONS

Based on the information currently available, Plaintiff discloses the following categories of documents, electronically stored information, and tangible things in his possession, custody or control that Plaintiff may use to support his claims, unless solely for impeachment. This disclosure does not include expert material that may be or have been developed (which shall be disclosed pursuant to Fed.R.Civ.P. 26(a)(2)). This disclosure does not constitute an admission as to the relevance or admissibility of the identified materials or a waiver of any attorney client privilege, work product protection, or other applicable protection or immunity:

1. Pleadings, transcripts and records on file in the lawsuit titled Bosko Petricevic v. Patrick Shin, et al., Civil No. 1:20-cv-00283 JAO-WRP.

2. **Email dated February 22, 2020 sent from Gerald Clay to Plaintiff**

3.  Email dated February 18, 2020 sent from James Lesniewski to Gerald Clay and other partners at Clay Chapman

4.  Email chain with the last email in the chain dated May 11, 2020. Email chain includes email from Plaintiff to Defendant Wilson on May 8, 2020, then from Defendant Wilson to Defendant Revere on May 10, 2020, then from Defendant Revere to Mr. Perez-Mesa on May 10, 2020, then back from Mr. Perez-Mesa to Defendant Revere on May 10, 2020, then from Mr. Perez-Mesa to Ms. Sherman on May 10, 2020, and then emails exchanged between Mr. Perez-Mesa and Ms. Sherman on May 11, 2020.

5.  Email chain with the last email in the chain dated June 23, 2020. Email chain includes email from Mr. Perez-Mesa to Gerald Clay and other partners of Clay Chapman on June 23, 2020, then from Gerald Clay to Plaintiff on June 23, 2020.

6.  Email chain dated May 14, 2020 between Plaintiff, Gerald Clay and Mr. Perez-Mesa.

7.  November 1, 2020 voicemail from Patrick Shin to Gerald Clay

8.  Email dated November 1, 2020 sent from Gerald Clay to Plaintiff

9.  Email chain with the last email in the chain dated August 7, 2020, exchanged between Mr. Pulice, Defendant Revere, Mr. Perez-Mesa,

10.  Plaintiff's Pay stubs from NAN, Inc. and Clay Chapman

**11.    Email chain dated October 16, 2020 and exchanged between Defendant**

**Wilson and Plaintiff**

Plaintiff reserves the right to amend, supplement, clarify or modify these

disclosures to the extent warranted by further investigation and discovery. Plaintiff also

reserves the right to object to production of any document, electronically stored

information, or tangible thing, including but not limited to objections on the grounds of

attorney-client privilege, the work-product doctrine or relevancy. Plaintiff will make the

documents or other evidentiary materials available for inspection and copying, as

provided under Fed. R. Civ. P. Rule 34, at a mutually convenient time for the parties,

unless such documents are privileged or protected from disclosure.

## III. COMPUTATION OF DAMAGES

Plaintiff's claimed damages are as follows:

A. **Damages for claims regarding 1985 (2) and wrongful interference with a contract causes actions as alleged against Defendants NAN, Shin, Revere and Wilson jointly and severally:**

1. **Economic damages of 4 months loss of salary at $10,000 per month ($40,000.00 total); plus continuous loss of income of $20,000 per year due to the next job not paying as much for the next 10 years ($200,000.00 total); plus economic loss of future partnership over 10 years currently estimated to be above 3,000,000.00**

dollars, pending further discovery of Clay Chapman financial records. Plaintiff reserves the right to amend this amount upon further discovery and consultation with the expert witnesses, including the economic expert.

2.  Punitive damages –1,000,000.00 dollars. Plaintiff reserves the right to amend this amount upon further discovery.

3.  General and special damages– currently unable to estimate - Plaintiff reserves the right to amend this amount upon further discovery.

4.  General Emotional distress damages - $100,000.00.

5.  Attorneys' Fees and costs incurred by Plaintiff in pursuing this action pursuant to the applicable law;

6.  Such other and further relief as this Court deems just and proper.

B.  <u>Damages for claims regarding Title VII causes action as alleged against Defendants NAN:</u>

1.    Economic damages of 3 months loss of salary at a prorated rate of $130,000.00 per year (roughly $35,000.00 total); plus continuous loss of income of $30,000 per year due to the next job not paying as much for the next 10 years – with the exception of 1 year ($270,000.00 total). However, these amounts could be potentially capped by the Title VII statute, so in that case, maximum damages as permitted by Title VII.

2.      **Punitive damages – maximum amount as permitted by the Title VII statute based on amount of Defendant NAN's employees.**

3.      **General and special damages– currently unable to estimate - Plaintiff reserves the right to amend this amount upon further discovery.**

4.      **General Emotional distress damages at $100,000.00 or as permitted and/or capped by the Title VII statute based on amount of Defendant NAN's employees.**

5.      **Attorneys' Fees and costs incurred by Plaintiff in pursuing this action pursuant to the applicable law;**

6.      **Such other and further relief as this Court deems just and proper.**

## IV. INSURANCE AGREEMENT

Plaintiff is not aware that he is a party to any insurance agreements under which an insurance business is liable to satisfy all or part of a judgment that may be entered in the above action or to indemnify or reimburse for payments made to satisfy any such judgment.

## V. RESERVATION

Plaintiff reserves the right to amend or supplement the initial disclosures submitted herein.

DATED:  Honolulu, Hawaii; **November 22**, **2020**.


/S/ *BOSKO PETRICEVIC*
BOSKO PETRICEVIC
PRO-SE PLAINTIF

- 11 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC,<br><br>          Plaintiff,<br><br>     vs.<br><br>PATRICK SHIN; RICHARD WILSON;<br>LAW OFFICE OF RICHARD E.<br>WILSON; JOHN DWYER;<br>TERRANCE REVERE; REVERE &<br>ASSOCIATES LLLC; NAN INC., a<br>domestic profit corporation,<br><br>          Defendants. | CIVIL NO. CV 20-00283 JAO-WRP<br><br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **PLAINTIFF'S FIRST**

**AMENDED INITIAL DISCLOSURES** in the above-entitled action was duly served

electronically through the Hawaii Judiciary CM/ECF and also via email, on **November**

**22**, **2020**, on the following counsel of record and/or parties:

1.     Terrance Revere

     Revere & Associates LLLC
     Pali Palms Plaza
     970 North Kalaheo Ave., Suite A301
     Kailua, HI 96734
     808-791-9550
     terry@revereandassociates.com

               ATTORNEY FOR DEFENDANTS
               Richard Wilson
               Law Office of Richard E. Wilson

- 12 -

2.    LAW OFFICES OF RICHARD E. WILSON, LLC
      RICHARD E. WILSON
      5614 735 Bishop St., Suite 306
      Honolulu, Hawaii 96813
      Tel. No. (808) 545-1311
      rewilson_law@yahoo.com

            ATTORNEY FOR DEFENDANTS
            Terrance Revere
            Revere & Associates LLLC

3.    Richard M. Rand
      Marr Jones & Wang LLP
      Pauahi Twr.
      1003 Bishop St
      Ste. 1500
      Honolulu, HI 96813
      (808) 536-4900
      rrand@marrjones.com

            ATTORNEYS FOR DEFENDANTS
            Patrick Shin
            NAN INC., a domestic profit corporation,

DATED: Honolulu, Hawaii; **November 22**, **2020**.

                        /S/ BOSKO PETRICEVIC
                        BOSKO PETRICEVIC
                        PRO-SE PLAINTIFF

- 13 -