IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK SHIN; RICHARD WILSON; LAW OFFICE OF RICHARD E. WILSON; JOHN DWYER; TERRANCE REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation,<br><br>Defendants. | CIVIL NO. 1:20-cv-00283 JAO-WRP<br><br>DECLARATION OF COUNSEL |

## **DECLARATION OF COUNSEL**

I, TERRANCE M. REVERE, hereby declare as follows:

1.     I am an attorney licensed to practice law in the State of Hawaii.

2.     I am a Defendant and represent Defendants Terrance Revere and Revere & Associates, LLLC in this action.

3.     I have personal knowledge of the matters declared herein and am competent to testify to the matter stated herein and make this declaration upon person.

4.     Attached hereto as Exhibit "1" is a true and correct copy of the email from Scott Batterman, dated December 2, 2020.

5.      Attached hereto as Exhibit "2" is a true and correct copy of the email from Bosko Petricevic, dated December 2, 2020.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DATED:  Honolulu, Hawaii, December 20, 2020.


/s/ Richard E. Wilson
RICHARD E. WILSON