Gmail

**Mark Batis <mark@revereandassociates.com>**

## PETRICEVIC: Deposition Notices

**Scott I. Batterman** <sib@paclawteam.com>                    Wed, Dec 2, 2020 at 2:52 PM
To: Richard Rand <RRand@marrjones.com>, Mark Batis <mark@revereandassociates.com>
Cc: Terry Revere <terry@revereandassociates.com>, Richard Wilson <rewilson_law@yahoo.com>, "Andrea L. Miyashita" <AMiyashita@marrjones.com>, Darci Ernce <main@revereandassociates.com>, Bosko Petricevic <boskopetricevic@hotmail.com>

Thank you.  We will get on it.


We are still redacting things like SSNs, and Bank Account Nos.


So I understand, has it been agreed that the Settlement Agreement will be produced?


Scott I. Batterman, Esq.
Clay Chapman Iwamura Pulice & Nervell


Telephone  (808) 535-8400

Direct        (808) 535-8410

E-Fax         (808) 954-8910

e-mail        sib@paclawteam.com


[Quoted text hidden]

**EXHIBIT**

**1**