Gmail

**Mark Batis <mark@revereandassociates.com>**

## PETRICEVIC: Deposition Notices

**Bosko Petricevic** <boskopetricevic@hotmail.com>                                Wed, Dec 2, 2020 at 2:59 PM
To: "Scott I. Batterman" <sib@paclawteam.com>, Richard Rand <RRand@marrjones.com>, Mark Batis
<mark@revereandassociates.com>
Cc: Terry Revere <terry@revereandassociates.com>, Richard Wilson <rewilson_law@yahoo.com>, "Andrea L. Miyashita"
<AMiyashita@marrjones.com>, Darci Ernce <main@revereandassociates.com>

Hi,

Yes, please redact all of that personal information.

We have also  agreed that you don't need to produce any personal information such as bank account information or
heath insurance info or anything like that. Please leave that out.

As far as settlement agreement, the answer is NO!

There is no agreement to the production of settlement agreement  short of Court Order for the already discussed reasons.

Thank you,
Bosko

---

**From:** Scott I. Batterman <sib@paclawteam.com>
**Sent:** Wednesday, December 2, 2020 2:52 PM
**To:** Richard Rand <RRand@marrjones.com>; Mark Batis <mark@revereandassociates.com>
**Cc:** Terry Revere <terry@revereandassociates.com>; Richard Wilson <rewilson_law@yahoo.com>; Andrea L.
Miyashita <AMiyashita@marrjones.com>; Darci Ernce <main@revereandassociates.com>; Bosko Petricevic
<boskopetricevic@hotmail.com>
**Subject:** RE: PETRICEVIC: Deposition Notices

Thank you.  We will get on it.

We are still redacting things like SSNs, and Bank Account Nos.

So I understand, has it been agreed that the Settlement Agreement will be produced?

Scott I. Batterman, Esq.
Clay Chapman Iwamura Pulice & Nervell

Telephone  (808) 535-8400

Direct        (808) 535-8410

E-Fax        (808) 954-8910

e-mail        sib@paclawteam.com

EXHIBIT
2

**From:** Richard Rand <RRand@marrjones.com>
**Sent:** Wednesday, December 2, 2020 2:49 PM
**To:** Scott I. Batterman <sib@paclawteam.com>; Mark Batis <mark@revereandassociates.com>
**Cc:** Terry Revere <terry@revereandassociates.com>; Richard Wilson <rewilson_law@yahoo.com>; Andrea L. Miyashita <AMiyashita@marrjones.com>; Darci Ernce <main@revereandassociates.com>; Bosko Petricevic <boskopetricevic@hotmail.com>
**Subject:** RE: PETRICEVIC: Deposition Notices

Scott:

The parties have agreed to a Stipulated Protective Order (attached) which has been sent to Magistrate Judge Porter for entry. In light of that can you start the process of producing the documents that Clay Chapman has agreed to produce. Thanks.

Richard

*COVID19 NOTICE: Marr Jones & Wang cares about the health of our clients, employees, vendors and other visitors, while continuing to service the needs of our clients and business partners. The CDC recently issued a global outbreak notice (Level 2). Therefore, the Firm is endeavoring to reschedule meetings, or, for those meetings that cannot be rescheduled, to hold them telephonically or remotely. If you have an in-person meeting scheduled at the Firm and have traveled outside of Oahu in the last 14 days, please inform the individual at MJW with whom you are scheduled to meet. In addition, if you are experiencing common symptoms of COVID19 (as examples, fever, tiredness, or dry cough), please do not come to the office and we will of course work with you to communicate electronically or by telephone. Thank you very much for your cooperation.*

*Richard M. Rand, Esq.*
*Marr Jones & Wang*
*A Limited Liability Law Partnership*
*Pauahi Tower*
1003 Bishop Street, Suite 1500
*Honolulu, Hawaii 96813*
*Telephone: (808) 536-4900*
*Facsimile: (808) 536-6700*
*Email:* rrand@marrjones.com

*Notice: This e-mail is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or otherwise protected by law. If you are not the addressee or the intended recipient, any review, use, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (808) 536-4900 or by reply e-mail and delete this e-mail message and any attachments from your work station and/or network mail system.*

*If you are a client or work for a client of Marr Jones & Wang LLLP, or have consulted with the law firm for potential representation, this e-mail is protected by the attorney-client privilege and the work product doctrine. This e-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this e-mail to others within the company, as the privilege may be lost. Copies of this e-mail should not be kept in your regular files. If you print a copy of this e-mail, place it in a separate file labeled "Attorney-Client*

*Privilege.  DO NOT PRODUCE A COPY OF THIS E-MAIL IN DISCOVERY.  Unless we have an established attorney-client relationship, this e-mail shall not create an attorney-client relationship between our firm and the recipient.*

*IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing or recommending to another party any transaction or matter addressed herein.*

---

**From:** Scott I. Batterman [mailto:sib@paclawteam.com]
**Sent:** Wednesday, December 2, 2020 2:17 PM
**To:** Mark Batis <mark@revereandassociates.com>
**Cc:** Terry Revere <terry@revereandassociates.com>; Richard Wilson <rewilson_law@yahoo.com>; Richard Rand <RRand@marrjones.com>; Andrea L. Miyashita <AMiyashita@marrjones.com>; Darci Ernce <main@revereandassociates.com>; Bosko Petricevic <boskopetricevic@hotmail.com>
**Subject:** RE: PETRICEVIC: Deposition Notices

I will accept service of the subpoenas for the individuals.

I have some conflicts the first week in January.  I will get back to you proposed new dates for some of the depositions.

Scott I. Batterman, Esq.
Clay Chapman Iwamura Pulice & Nervell

Telephone  (808) 535-8400

Direct       (808) 535-8410

E-Fax        (808) 954-8910

e-mail        sib@paclawteam.com

**From:** Mark Batis <mark@revereandassociates.com>
**Sent:** Monday, November 30, 2020 9:28 AM
**To:** Scott I. Batterman <sib@paclawteam.com>
**Cc:** Terry Revere <terry@revereandassociates.com>; Richard Wilson <rewilson_law@yahoo.com>; Richard Rand <rrand@marrjones.com>; Andrea Miyashita <amiyashita@marrjones.com>; Darci Ernce <main@revereandassociates.com>; Bosko Petricevic <boskopetricevic@hotmail.com>
**Subject:** PETRICEVIC: Deposition Notices

Aloha, Mr. Batterman:

Defendants have noticed the attached depositions of Messrs. Clay, Chapman, Perez-Mesa and Ms. Sherman.  Will you accept service without a subpoena?

Regards,

**Mark Batis | Paralegal**
808.791.9546

**CONFIDENTIALITY**: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.