IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BOSKO PETRICEVIC,<br><br>     Plaintiff,<br><br>  vs.<br><br>PATRICK SHIN; RICHARD WILSON; LAW OFFICE OF RICHARD E. WILSON; JOHN DWYER; TERRANCE REVERE; REVERE & ASSOCIATES LLLC; NAN INC., a domestic profit corporation,<br><br>     Defendants. | CIVIL NO. 1:20-cv-00283 JAO-WRP<br><br>CERTIFICTE OF SERVICE |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT, on today's date, a copy of the foregoing

document was served electronically via CM/ECF upon the following individuals at

their last known addresses as indicated:

BOSKO PETRICEVIC            boskopetricevic@hotmail.com
P.O. Box 38
Honolulu, HI  96810
     Plaintiff Pro Se

RICHARD M. RAND             rrand@marrjones.com
ANDREA LUX MIYASHITA     amiyashita@marrjones.com
Pauahi Tower
1003 Bishop St., #1500
Honolulu, HI  96813
     Attorneys for Defendants
     NAN, INC. and PATRICK SHIN

DATED:  Kailua, Hawaii, December 20, 2020.

/s/ Terrance M. Revere
TERRANCE M. REVERE
PAUL V.K. SMITH
Attorneys for Defendants
RICHARD WILSON; LAW OFFICE
OF RICHARD E. WILSON


/s/ Richard E Wilson
RICHARD E. WILSON
Attorney for Defendants
TERRANCE REVERE; REVERE &
ASSOCIATES, LLC