IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BOSKO PETRICEVIC, | ) | CV NO. 20-00283 JAO-WRP |
| | ) | |
| Plaintiff, | ) | ORDER OF RECUSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| PATRICK SHIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## **ORDER OF RECUSAL**

To avoid the appearance of impropriety, or a conflict of interest, or any

reasonable question regarding my impartiality, I hereby recuse myself from any

and all proceedings in this case.  This matter is returned to the Clerk's Office for

reassignment.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai‘i, January 19, 2021.



Jill A. Otake
United States District Judge

CV NO. 20-00283 JAO-WRP; *Petricevic v. Shin, et al.*; Order of Recusal