# MINUTE ORDER

CASE NUMBER: CIVIL NO. 20-00283 LEK-WRP

CASE NAME: Bosko Petricevic vs. Patrick Shin et al.,

JUDGE: Leslie E. Kobayashi     DATE: 05/13/2021

COURT ACTION:  EO: COURT ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' MEMORANDUM IN OPPOSITION AND JOINDER THEREIN TO PLAINTIFF'S OBJECTIONS TO ORDER

On April 10, 2021, pro se Plaintiff Bosko Petricevic ("Plaintiff") filed his Motion to Strike Defendants Nan and Shin's Memorandum in Opposition and Defendants Wilson and Revere's Joinder to Defendants Nan and Shin's Memorandum in Opposition to Plaintiff's Objections to "Order as to Defendants Richard Wilson and Terrance Revere's Motion to Dismiss and for Sanctions and the Joinder Thereto and Plaintiff's Motion for Sanctions [ECF 175]" - ECF Nos. 199 and 200 ("Motion"). [Dkt. no. 201.]  This matter is suitable for disposition without further briefing and without a hearing pursuant to Local Rule 7.1(c).

Plaintiff's Motion is DENIED.  Plaintiff's Objections to Magistrate Judge's "Order as to Defendants Richard Wilson and Terrance Revere's Motion to Dismiss and for Sanctions and the Joinder Thereto and Plaintiff's Motion for Sanctions" - ECF No. 175, filed March 23, 2021, [dkt. no. 186,] is taken under advisement.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager