# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 20-00283 LEK-WRP |
| CASE NAME: | Bosko Petricevic vs. Patrick Shin et al., |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 08/03/2022 |

COURT ACTION:  EO: COURT ORDER DIRECTING CLERK'S OFFICE TO ADMINISTRATIVELY CLOSE THE CASE

On April 18, 2022, the Court issued the Order Granting in Part and Denying in Part Defendants Patrick Shin and Nan, Inc.'s Motion for Summary Judgment and Motion to Stay ("4/18/22 Order"). [Dkt. no. 296.] The 4/18/22 Order, among other things, stayed the action pending the resolution of the appeal in the related state court action. See id. at 20.  Because the action is stayed, the Court DIRECTS the Clerk's Office to administratively close the case.  The closure of this case is simply for administrative purposes and has no effect on the procedural or substantive rights of any party.  In particular, this Court explicitly notes that the administrative closure neither affects nor changes the filing date of this litigation in terms of the statute of limitations or for any other purpose.

The parties are reminded that they must meet with the magistrate judge regarding trial setting no later than two weeks after the judgment in the appeal of the state court action becomes final.  See id.  When the magistrate judge resets the trial date, this Court will issue an order lifting the stay and reopening the case.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager